# Exhibit 1-A





## Department of Education
## Reminder

- Any portions of this plan that are determined to be contrary to the new regulations publicized by the United States Department of Education will be considered null and void



3

## Job Performance

- Minimum job performance expectations for University Counselors (New and Tenured)
    - Successful 1st course completion expectations
    - Annual student count equates to the number of students who successfully compete the first class



## Track to Annual Student Counts

| | University Counselors (formerly: Enrollment Counselors) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tenure Years | UC Level | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Total | Required Annual Stdt. Count |
| 0-1 | 1 | 0 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 33 | 28 |
| 1-2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 48 | 40 |
| 2-3 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 60 | 50 |
| 3+ | 4 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 84 | 70 |

- University Counselors that meet or exceed the annual student count before month 12 are still held to monthly expectations



## Counselor Opportunities

<u>University Counselors</u>
- All new GCU counselors will enter a counseling role at level 1

- End of year 1 - must promote to level 2, or can apply for University Development Counselor 2 or University Counseling Manager

- End of year 2 - must promote to level 3, or can apply for University Development Counselor 3 or University Counseling Manager

- End of year 3 - will have the option to stay at level 3, or can apply for University Development Counselor 3 or University Counseling Manager



## University Counselors

| Counselor Levels | Years of Tenure | Annual Student Count | Starting Salary |
|---|---|---|---|
| University Counselor 1 | 0-1 | 28 | $40,000 |
| University Counselor 2 | 1-2 | 40 | $45,000 |
| University Counselor 3 | 2-3 | 50 | $55,000 |
| University Counselor 4 | 3+ | 70 | $70,000 |

- Counselors moving up a level on an anniversary will be eligible for their salary increase beginning on their first pay period after the counselors anniversary
- Counselors new job expectations will begin the next month following the counselors anniversary

# Annual Performance Evaluation

University Counselors will receive an annual review July 1, the review is meant to assist counselors with understanding their strengths and areas of opportunity

- Performance Evaluation Categories
    - Integrity, Ethics & Compliance
    - Communication
    - Student Oriented/Customer Service
    - Action Oriented
    - Self-Leadership/Effort
    - Stress Tolerance
    - Teamwork
    - Decision Making
    - Program Knowledge/Professional Development



## Merit Increases

- Counselors not moving up a level because they are either at level 4 or choosing to stay at level 3, are eligible for a 0-2% increase based upon the results of their annual review each July 1. This increase will be prorated based on when the counselor moved to their current level
- Merit increases will occur once annually, following the annual performance evaluation process
- Neither Student Count nor Activity Expectations are factored into the Performance Review, and have no impact directly or indirectly on the merit increase awarded



## Compensation Plan Details

- The UC Compensation Plan can be found on LopeNet
- After successfully completing training, UCs will receive a copy of the Compensation Plan electronically and will be required to e-sign
- Any questions regarding the plan should be reviewed with the employee's manager



000011

## Counselor Effectiveness

Counselors who wish to seek University Development or management opportunities will be reviewed on their counseling effectiveness

Effectiveness Factors:

- Percent of student count achieved
- Percent of students who successfully complete the second course in their degree program
- End of Course Survey results for first and second courses
- Average student GPA after completion of first two courses
- Average student accounts receivable after the second course
- Percent of students who receive a Degree Program Net Price Calculator prior to beginning their program


