# Exhibit 1-B




# UNIVERSITY COUNSELOR COMPENSATION PLAN

## Effective August 1, 2016

*Grand Canyon University is an "at will" employer. Nothing contained herein grants any rights of employment. The University reserves the right to change the policies contained herein, to change the conditions of employment and/or to terminate employment at any time.*

*Any parts of this plan that are determined to be contrary to the regulations promulgated by the US Department of Education (USDOE) will be considered null and void.*

## COMPENSATION

### Base Pay

The University Counselor position is classified as Hourly Non-Exempt. Each counselor will be paid for all hours worked at the Base Hourly Rate established at the time of hire or at the rate established after an approved tenure or merit increase. Adjustments to Base Pay or any other forms of compensation are at the sole discretion of the University.

Hourly rate increases occur annually and can be due to either a tenure or merit adjustment, but not both. Tenure for University Counselors is calculated based on the amount of time worked in a GCU Online University Counseling or University Development Counseling role. Counselors shall progress to a new tenure level with each additional year of service until Level 3 is reached. After three years of service, Counselors may opt to stay at Level 3 or move to Level 4.

Counselors who move up a level on a tenure anniversary receive a corresponding tenure increase. Newly hired counselors and those transitioning to a new level will receive the starting salary for that level. Pay increases due to level changes will occur on the start date of the first pay period following the tenure anniversary date. An employee's initial tenure anniversary date is one calendar year from the first day of the employee's employment in a University Counselor role. Each subsequent tenure anniversary date will be one calendar year from the employee's prior tenure anniversary date. An employee's tenure anniversary date will be modified based on a leave of absence from employment, as described below under "Leave of Absence."

Level 3 counselors who opt to not move up to level 4 and level 4 counselors are eligible for a merit increase following an annual review. All counselors, regardless of performance status, will receive their tenure or merit increases as shown below. Counselors on a Corrective Action Plan (CAP) will have their CAP expectations adjusted to those of the higher level should a level change occur during the CAP period.

Any hours worked over forty (40) hours within a work week will be paid in accordance with GCU's Overtime Policy *(refer to the Overtime section)*, or as otherwise required by law.

### Tenure Levels

The University Counselor position has four levels. For the first three years of service, counselors progress through the levels based upon tenure in a qualified position. Qualified positions include UC (formerly EC or UER), UDC (formerly UDR) and related management positions. At the end of the third year counselors are given the option of moving to Level 4 or remaining at Level 3. Counselors may not move back to a previous level.

| University Counselor Levels | Years of Tenure | Level Adjustments | Starting Salary |
|---|---|---|---|
| Level 1 | 0-1 | At the end of year 1, Level 1 counselors must promote to Level 2 | $40,000 |
| Level 2 | 1-2 | At the end of year 2, Level 2 counselors must promote to Level 3 | $45,000 |

| University Counselor Levels | Years of Tenure | Level Adjustments | Starting Salary |
|---|---|---|---|
| Level 3 | 2-3 | At the end of year 3, Level 3 counselors have the option to stay at Level 3 or move to Level 4 | $55,000 |
| Level 4 | 3+ | Counselors opting to stay at Level 3 can make the choice to move to Level 4 on each subsequent tenure anniversary date | $70,000 |

Level 4 Tenure Option
On each tenure anniversary date, level 3 counselors have the option of staying at Level 3 or moving to Level 4. Counselors do not have the option of moving back to Level 3 once at Level 4.

Leave of Absence
Merit adjustments may be prorated due to actual time worked during the review period.

Advancement to the next tenure level requires one full year (365 days) of service in the current level. When a Counselor takes an approved leave of absence (LOA) lasting 31 consecutive days or longer, the tenure anniversary date will be adjusted following their return-to-work. The new tenure anniversary date will be determined by computing the number of calendar days between the tenure anniversary date and the start of the leave, subtracted from 365. That number will be added to the return-to-work date, which becomes the new tenure anniversary date for purposes of determining tenure level and salary adjustments.

LOA Calculation Steps:

Step 1: Calculate the number of calendar days between the last tenure anniversary date and LOA start date

Step 2: Subtract the number of days calculated in Step 1 from 365 days (one full year)

Step 3: Add the number of days calculated in Step 2 to the return-to-work date

*Example: Tenure Anniversary Date: 10/1/2015, LOA Start: 9/1/2016, Return Date: 11/1/2016*

Step 1: *Days between October 1, 2015 and September 1, 2016 = 336 days*
Step 2: *365 days - 336 days = 29 days*
Step 3: *November 1, 2016 + 29 days = November 30, 2016*
The counselor's new tenure anniversary date is adjusted to November 30, 2016.

Job Changes
Employees must be in a position for six months prior to applying for another position or for promotion at GCU. Tenure level changes are not considered a job change for purposes of length of service considerations when applying for a new position. In other words, after six months of service in a University Counselor position, a counselor may apply for other positions, regardless of any level changes that have occurred.

Transferring between University Counseling and University Development Counseling Positions

Level 1-3 University Counselors who apply and are selected for a University Development Counselor position will retain their current tenure level and their salary will be adjusted to the starting salary of the new position at their current tenure level. Level 4 University Counselors who apply and are selected for a University Development Counselor position will retain their current tenure level and will have a 12 month transition period during which they will receive 85% of the Level 4 University Development Counselor salary (i.e. $76,500). After 12 months in their new role their salary will be adjusted to the full Level 4 salary of $90,000. Level 4 University Counselors making more than $76,500 at their time of their transition will stay at their current rate until the end of their 12 month transition period at which time their salary will be adjusted to the full Level 4 University Development Counselors salary of $90,000.

University Development Counselors who move into a University Counselor position will transfer at their current tenure level and their salary will be adjusted to the starting UC salary for that tenure level. When a counselor moves from a UDC to a UC role or vice versa, their tenure anniversary date will be updated to that of their first day in their new position.

Breaks in Tenure

Prior service in a UC, UDC, UCM or UDM role will be included in the tenure calculation for rehired counselors when:

- Counselor has more than 5 years of service and is rehired within 2 years OR
- Counselor has less than 5 years of service and is rehired within 1 year

**Overtime**

Eligibility

From time to time, management may offer or require employees to work overtime hours. Interested employees should contact their manager to express interest and obtain advance approval before working any overtime. Overtime will be approved on a first come, first serve basis.

Overtime pay is based upon *physical hours worked*, combined with any Lopes Time Off that may be granted. Please refer to the Holiday/PTO policy contained in the Employee Handbook as it relates to potential overtime during a week where a holiday exists or PTO has been taken. Disciplinary action will be taken for any unapproved overtime worked (employees are not permitted to "volunteer" to stay late without pay, or adjust their shifts at any time without prior management approval).

Use and Scheduling

Employees are required to take a lunch break and may not work through their lunch break in order to accrue overtime hours. Employees are required to work their approved, scheduled shift unless a change is pre-approved by management.

When working on Saturday, employees must sign in and sign out with the Manager on Duty. Additionally, employees are responsible for recording all hours worked on their timesheet, including overtime hours.

## ANNUAL PERFORMANCE EVALUATION

As an institution of higher education, Grand Canyon University believes that lifelong learning should be the goal of all individuals, including our faculty and staff. Accordingly, Grand Canyon University constantly evaluates all employees to enable them to grow as people and employees of the University. All University Counselors will be evaluated during the University's Annual Performance Evaluation process to help them grow as employees.

The Annual Performance Evaluation serves as a tool for identification of areas of improvement and opportunity. Counselors at levels 1 through 3 are not eligible for annual merit increases during the annual performance cycle. Level 3 counselors who do not move to level 4 and level 4 counselors are eligible for a merit increase of 0-2% based on a uniform rating scale and the rating the Counselor receives in his/her Annual Performance Evaluation.

The University has identified core competencies that speak to the skills and behaviors necessary for success in all positions. The following is a description of the competencies measured during the annual staff performance evaluation process:

| COMPETENCY | EXAMPLES OF DEMONSTRATED BEHAVIOR |
|---|---|
| **Active Learning** | ▪ Actively demonstrates the willingness and commitment to gain and utilize knowledge.<br>▪ Seeks out, and takes advantage of, learning opportunities.<br>▪ Assimilates information by absorbing and comprehending new information from a variety of learning experiences.<br>▪ Welcomes and accepts feedback on own performance and uses feedback to improve.<br>▪ Demonstrates ability to apply new knowledge, understanding, or skill for use on the job. |
| **Communication** | ▪ Demonstrates ability to effectively communicate through all mediums and tools.<br>▪ Uses professional verbal and written communication in all transactions, including proper grammar and spelling.<br>▪ Utilizes all communication tools appropriately.<br>▪ Frames message appropriately to intended audience and ensures understanding.<br>▪ Actively listens to communication from others to ensure accurate interpretation to respond appropriately.<br>▪ Ensures accurate transmission of information to appropriate audience. |
| **Employee Engagement** | ▪ Commits to the job and the University.<br>▪ Demonstrates resiliency and flexibility in the face of obstacles. Gives maximum effort to daily tasks and responsibilities.<br>▪ Is passionate about university's mission and is committed to supporting its principles.<br>▪ Works collaboratively with others to establish and maintain positive work relationships. |

| | |
|---|---|
| | ▪ Exhibits the ability to handle change by asking appropriate questions and seeks guidance on how best to implement and apply; takes on new tasks with enthusiasm and energy. |
| **Job Knowledge** | ▪ Demonstrates a satisfactory level of job knowledge in position related areas; keeps current.<br>▪ Possesses necessary level of skill, knowledge and ability in assigned area(s).<br>▪ Understands job procedures, policies, and responsibilities required by the position. Seeks out and properly utilizes available resources to increase job efficiency and effectiveness.<br>▪ Strives to remain current in the field of work. Demonstrates an awareness of new practices and approaches by utilizing this knowledge in related work activities.<br>▪ Looks for opportunities to share knowledge by assisting others with work related issues.<br>▪ If applicable, maintains compliance with the applicable constitution, by laws, laws, policies, rules, regulations, and/or enforcement structures of and governing the University and its employees, the National Collegiate Athletic Association ("NCAA"), and of the Western Athletic Conference ("Conference") or any other organization of which the University is or may become a member specifically including, but not limited to, the NCAA's enforcement structure effective August 2013. |
| **Problem Solving** | ▪ Effectively identifies, analyzes and resolves problems, issues and opportunities.<br>▪ Asks questions to ensure accurate understanding of obstacle or opportunity and its cause.<br>▪ Follows up to ensure issues are resolved in a timely manner.<br>▪ Develops alternative solutions and escalates complex issues appropriately.<br>▪ Understands decision making boundaries; makes decisions within scope of responsibility and involves others when impact of decision is out of scope.<br>▪ Gathers all available information to avoid making decisions based on unsubstantiated data; verifies data and does not rely on assumptions in making decisions. |
| **Service Focus** | ▪ Demonstrates service practices that meet or exceed expectations; ensures customer and student perspective is motivating factor behind decisions.<br>▪ Actively seeks information to thoroughly understand internal/external customer and student circumstances, problems, expectations, and needs.<br>▪ Establishes and maintains positive, appropriate relationships with customers and students, and goes above and beyond to anticipate customer/student needs; responds accordingly.<br>▪ Shows a sense of urgency; handles customer and student situations effectively and follows through to ensure resolution; gains agreement to proposed solution to resolve problem.<br>▪ Demonstrates customer and student perspective is driving force behind decisions, activities and solutions. |
| **Work Standards** | ▪ Strives for excellence in accomplishing tasks; assumes responsibility and accountability for actions.<br>▪ Completes work thoroughly and accurately; produces output with minimal errors |

| | |
|---|---|
| | ▪ Manages time appropriately; plans and prioritizes work; uses available resources wisely.<br>▪ Accepts responsibility for one's own work; admits mistakes and refocuses efforts as appropriate.<br>▪ Demonstrates ethical behavior in all transactions and relationships. Adheres to all compliance regulations, policies and departmental guidelines. |

All counselors will be evaluated on each of these competencies, and their compensation may be adjusted, without regard to employee success in securing student enrollments or the number of students recruited, admitted, enrolled, started or retained for any period of time shorter than the student's completion of the program.

## ACKNOWLEDGEMENT

My electronic signature of this document acknowledges that I understand and agree to observe and abide by all policies contained in this Plan as well as the documents referenced therein, as well as any amended and/or additional rules and policies that may be given to me in writing and/or oral instructions from management.

Further, I understand and acknowledge that all previous plans are null and void and I waive any and all claims under those plans and understand that I am bound by the policies set forth in this new plan.

I understand that I may view and print a copy of this plan. My electronic signature acknowledges I have read this plan and any portions that I did not understand were explained to my satisfaction. I further acknowledge that I understand that it is my responsibility to read and comply with the policies contained therein and any revisions that may be made to it.