# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHELLE MACKILLOP, <br><br> Plaintiff-Relator, <br><br> v. <br><br> GRAND CANYON EDUCATION, INC.; GC EDUCATION, INC. F/K/A GRAND CANYON EDUCATION, INC.; and GRAND CANYON UNIVERSITY F/K/A GAZELLE UNIVERSITY <br><br> Defendants. | **CIVIL ACTION NO. 18-cv-11192-WGY** |

## GRAND CANYON UNIVERSITY, GC EDUCATION, INC., AND GRAND CANYON EDUCATION, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.1, Defendants GC Education, Inc., Grand Canyon Education, Inc., and Grand Canyon University make the following initial disclosures:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subject of that information—that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

*See Attachment A.*

2. **A copy of, or description by category and location of, all documents, data compilations and tangible things that are in possession, custody or control**

**of the party that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The categories of documents, data compilations, and tangible things in Defendants' possession, custody, or control that Defendants may use to support their defenses include the following:

- Grand Canyon University's ("GCU") compensation plan;
- GCU's Program Participation Agreements with the Department of Education;
- Employment records for GCU University Counselors
- Documents relating to compensation for University Counselors; and
- Records of Relator's employment with GCU.

These documents and electronically stored information are kept at GCU's and Grand Canyon Education Inc.'s headquarters in Phoenix, Arizona. Because the exact scope of discovery in this lawsuit has yet to be determined, Defendants have not determined which other documents, electronically stored information, or tangible things, if any, Defendants will use to support their defenses at this point in the litigation and expressly reserve the right under Federal Rule of Civil Procedure 26(e) to supplement this initial disclosure as additional documents or information are identified through further investigation or discovery. All documents described above are subject to considerations for privilege, work product, and relevance. By

listing these documents, Defendants are in no way admitting to the authenticity or admissibility of any such documents.

3. **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Defendants are not claiming any damages at this time. Defendants reserve the right to supplement this response.

4. **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Defendants are not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

This 7th day of July, 2021.

/s/ Derin B. Dickerson
DERIN B. DICKERSON
Ga. Bar # 220620
JASON D. POPP
Ga. Bar # 213057
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-253-8567
derin.dickerson@alston.com
jason.popp@alston.com

ALOKE CHAKRAVARTY
SNELL & WILMER
1200 Seventeenth Street
Suite 1900
Denver, CO 80202-5854
Telephone: 303-634-2121
achakravarty@swlaw.com

*Attorneys for Defendants Grand Canyon University, Grand Canyon Education, Inc. and GC Education, Inc.*

# ATTACHMENT A

The following individuals are likely to have discoverable information that Defendants may use to support their defenses:

| Name: | Address/Telephone: | Subject of Information: |
|---|---|---|
| Teri Schobinger, Vice President Enrollment Support, Grand Canyon Education, Inc. | Contact through outside counsel only | Ms. Schobinger has knowledge relating to (1) the drafting and development of GCU's compensation plan, (2) the implementation of GCU's compensation plan, and (3) GCU's Program Participation Agreements with the Department of Education. |
| Patti Stoner, Vice President Human Resources, Grand Canyon Education, Inc. | Contact through outside counsel only | Ms. Stoner has knowledge relating to the implementation of GCU's compensation plan. |
| Lori Browning, Chief Accounting Officer, Grand Canyon Education, Inc. | Contact through outside counsel only | Ms. Browning has knowledge relating to compensation paid to GCU counselors. |
| United States Department of Education | 400 Maryland Ave, SW Washington, DC 20202 (800)-872-5327 | The United States Department of Education has knowledge regarding its enforcement of the Incentive Compensation Ban and policies and procedures relating to same. |

| Name: | Address/Telephone: | Subject of Information: |
|---|---|---|
| Brian Roberts | Contact through outside counsel only | Mr. Roberts has knowledge relating to (1) the drafting and development of GCU's compensation plan, and (2) the implementation of GCU's compensation plan. |

In addition to the individuals identified above, Defendants also identify all individuals named by Relator in the Second Amended Complaint and in her Initial Disclosures provided pursuant to Federal Rule of Civil Procedure 26(a)(1)(A). Defendants expressly reserve the right to supplement this list to identify additional individuals with knowledge pursuant to Federal Rule of Civil Procedure 26(e).

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the within and foregoing was served on all counsel of record via electronic mail.

On this 7th day of July, 2021.

/s/ Derin B. Dickerson
Derin B. Dickerson