## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. MICHELLE MACKILLOP, | § § § § | Civil Action No. 18-CV-11192-WGY |
| Plaintiff-Relator | § § | Hon. William G. Young |
| v. | § § § | |
| GRAND CANYON EDUCATION, INC.; GC EDUCATION INC. F/K/A GRAND CANYON UNIVERSITY, INC.; and GRAND CANYON UNIVERSITY F/K/A GAZELLE UNIVERSITY, | § § § § § § | |
| Defendants. | § § | |

_____

## <u>NOTICE OF DEPOSITION OF BRIAN ROBERTS</u>

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs-Relator Michelle Mackillop, by and through counsel, will take the deposition of Brian Roberts on July 26, 2021, beginning at 11:00 EDT/8:00 MST. The deposition will be held by video conference and will be recorded by video and stenographic means by a licensed court reporter.

Respectfully submitted,

Plaintiff-Relator Michelle Mackillop
By and through her attorneys,

*/s/ Sonya A. Rao*
Christopher R. O'Hara
Massachusetts BBO #548611
Lucia A. Passanisi
Massachusetts BBO #691189
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617)720-2626
cohara@toddweld.com
lpassanisi@toddweld.com

Jeffrey A. Newman, Esq.
Massachusetts BBO # 370450

J. Marc Vezina, Esq. (pro hac vice)
Michigan – P76232
Texas – 24000141
Louisiana – 24683
Georgia - 465449
Kelli M. Khalaf (pro hac vice)
Louisiana – 23213
VEZINA LAW GROUP
18 So. Broadway Street
Suite 200
Lake Orion, MI 48362
(248)558-2701 (direct)
(248)232-1581 (fax)

JEFFREY NEWMAN LAW
One Story Terrace
Marblehead, MA 01945
(617)823-3217 (Telephone)
(781)639-8688 (Facsimile)
jeffrey.newman1@gmail.com

jmv@vezinalaw.com
kkhalaf@vezinalaw.com

Frederick M. Morgan, Jr. (pro hac vice)
Ohio Bar No. 0027687
Sonya A. Rao
Massachusetts BBO #647170
Jonathan M. Lischak (pro hac vice)
Ohio Bar No. 0097669
Morgan Verkamp LLC
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
rick.morgan@morganverkamp.com
sonya.rao@morganverkamp.com
jonathan.lischak@morganverkamp.com

Dated: July 13, 2021

## CERTIFICATE OF SERVICE

I, Sonya A. Rao, hereby certify that on July 13, 2021, a true copy of the foregoing was served on the following counsel by electronic mail:

Aloke Chakravarty
Snell & Wilmer
1200 Seventeenth Street
Suite 1900
Denver, CO 80202-5854
achakravarty@swlaw.com

Derin B. Dickerson
Jason D. Popp
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
derin.dickerson@alston.com
jason.popp@alston.com

/s/ Sonya A. Rao
Sonya A. Rao