| | |
|---|---|
| **From:** | Chandra Napora |
| **To:** | Dickerson, Derin; Popp, Jason; "achakravarty@swlaw.com" |
| **Cc:** | Sonya Rao; Rick Morgan; Christopher R. O"Hara; Jeffrey A. Newman; Marc Vezina |
| **Subject:** | GCU and GCE"s waiver of privilege |
| **Date:** | Friday, July 16, 2021 1:41:57 PM |

Counsel,

I write to follow up on my voicemail of July 16 left for Derin and on our notice served July 13 of the deposition of Brian Roberts, whom the defendants disclosed as a witness on July 7. Please confirm that the Brian Roberts identified on July 7 is the same Brian Roberts who is present throughout the defendants' privilege log (served June 28), whom we understand to be GCU's general counsel.

Your July 7 disclosure did not identify Mr. Roberts' title, so we need that confirmation immediately.

The defendants identified Mr. Roberts on their supplemental Rule 26 disclosures as a witness with knowledge "relating to (1) the drafting and development of GCU's compensation plan, and (2) the implementation of GCU's compensation plan."

Where Mr. Roberts is present on the defendants' privilege log, the justification for the assertion of privilege includes such entries as "Confidential attorney-client communication regarding design or drafting of GCU's compensation plan." (GCU_PL_000001.)

We interpret the defendants' identification of Mr. Roberts as a witness with knowledge of the same topics over which the defendants had previously claimed privilege as a waiver of the privilege and an implied assertion of the advice of counsel defense (we note that the defendants did not raise that defense in their answer). To that end, please immediately produce all documents and communications that the defendants included in their June 28 log that relate to the drafting, development, and/or implementation of GCU's compensation plan, and please immediately provide a revised log. Given that 969 of the 1008 records identified on the defendants' log reference GCU's compensation plan, we expect that revised log to be significantly reduced in size.

As you surely know, the attorney-client privilege cannot be used as both a sword and a shield. *E.g., In re Keeper of Records (Grand Jury Subpoena Addressed to XYZ Corp.)*, 348 F.3d 16, 24 (1st Cir. 2003) ("Were the law otherwise, [a party] could selectively disclose fragments helpful to its cause, entomb other (unhelpful) fragments, and in that way kidnap the truth-seeking process."); *In re PolyMedica Corp. Securities Litigation,* 235 F.R.D. 28, 32 (D. Mass. 2006) ("A party cannot put attorney–client communications at issue by raising the [advice-of-counsel] defense and then assert the [attorney–client] privilege to shield any unfavorable evidence.").

The late-breaking identification of GCU's general counsel as a witness with knowledge of matters that go to the heart of this case affects, among other things, depositions that are scheduled for next week. The defendants have already isolated the documents on their log, so production should be seamless and immediate. Please produce by Monday.

If you want to discuss this matter, I am available by phone today (513-675-5010). If we need to

approach the Court on this, we will do so Monday.

Thank you,
Chandra

Chandra Napora
Morgan Verkamp LLC
35 E. 7th Street, Suite 600
Cincinnati, Ohio  45202
Tel. 1.513.618.2025
Fax 1.513.651.4405
Web http://www.morganverkamp.com
Email chandra.napora@morganverkamp.com
she/her/hers

THIS E-MAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication and/or Attorney Work Product and as such is privileged and confidential. If the reader of this message is not the intended recipient, you received this communication in error. Any review, dissemination, distribution, disclosure, copying or use of the contents of the message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply e-mail and/or telephone. After such notification, please erase the message completely from your computer system. Your assistance in correcting any error is appreciated.