| | |
|---|---|
| **From:** | Chandra Napora |
| **To:** | Dickerson, Derin; Popp, Jason; "achakravarty@swlaw.com" |
| **Cc:** | Sonya Rao; Rick Morgan; Marc Vezina; Jeffrey A. Newman; Christopher R. O"Hara |
| **Subject:** | Deficiencies in GCU and GCE"s privilege log |
| **Date:** | Friday, July 16, 2021 1:52:20 PM |

Counsel,

We write to follow up on some deficiencies on the defendants' privilege log, provided on June 28, 2021. As described in my email sent earlier today, we view the late-breaking disclosure of Brian Roberts (whom we assume to be GCU's general counsel) as a witness with knowledge of GCU's drafting, development, and implementation of its compensation plan as necessitating that the defendants immediately produce the bulk of what is currently logged and provide a revised log. To the extent the revised log may suffer from some of the deficiencies of the June 28, log, we note those below so they can be rectified.

As an initial matter, the log does not contain sufficient context to be able to evaluate whether the protection asserted is justified, as the Court would need should it need to do the same. For example, we cannot ascertain whether a lawyer, when listed, was acting as a lawyer or a compliance or business person. Please provide job titles for each of the attorneys listed on the log, and if their roles have changed over the years, please provide all iterations. As a corollary issue, a number of entries include multiple recipients, and we cannot ascertain from the log how the defendants maintained confidentiality over the communication that they are now claiming is privileged. See, e.g., GCU_PL_000058, GCU_PL_000948, GCU_PL_000984. These communications appear to include a broad swath of lower-level employees, so we cannot understand how privilege could legitimately obtain. Please explain.

Please also provide the name of the attorney whose advice is being "reflected", and their role at the time, for each entry for which the defendants claim attorney-client privilege over a communication "reflecting" advice of counsel. There are approximately 238 entries with this deficiency. E.g., GCU_PL_000070, GCU_PL_000073, GCU_PL_000946, GCU_PL_000968).

Those entries underscore another issue: We cannot ascertain from the log as a whole whether the entire document listed on the log contains privileged communication and only privileged communication. Given the context that is present, we assume that cannot be the case. For example, at a minimum, it would be unusual that each one of the approximately 238 communications purportedly "reflecting" advice of counsel contains only the advice of counsel. We have so far not seen redacted documents in the defendants' production. Please confirm that you are producing redacted documents where the entire document does not contain privileged communication. Please also provide us with a redaction log, so that we can evaluate (and so the Court can if necessary) the propriety of those redactions.

In addition, we note that every entry on the log is described as an "email with attachment(s)". Please confirm that for every entry on the log you are producing the non-privileged attachments and withholding only privileged communications.

Finally, and in addition to the above, as to any entry for which protection is premised on a communication or document having been prepared in anticipation of litigation, please describe the litigation anticipated and how the confidentiality of the communication or document was maintained. For example, GCU_PL_000076 contains no attorney information—instead, the entry appears to relate to a document that Linda Lair (who is not an attorney and appears to have worked in HR) sent herself. Please also confirm that you are producing fact work product and only withholding communications and documents reflecting mental impressions.

Please produce a revised log with these deficiencies corrected by Tuesday. As you know, we will be deposing GCU's general counsel the following week, and these issues of privilege must be resolved well in advance of that deposition.

Thank you,
Chandra

Chandra Napora
Morgan Verkamp LLC
35 E. 7th Street, Suite 600
Cincinnati, Ohio  45202
Tel. 1.513.618.2025
Fax 1.513.651.4405
Web http://www.morganverkamp.com
Email chandra.napora@morganverkamp.com
she/her/hers

THIS E-MAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication and/or Attorney Work Product and as such is privileged and confidential. If the reader of this message is not the intended recipient, you received this communication in error. Any review, dissemination, distribution, disclosure, copying or use of the contents of the message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply e-mail and/or telephone. After such notification, please erase the message completely from your computer system. Your assistance in correcting any error is appreciated.