# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000 | Fax: 404-881-7777

Derin B. Dickerson        Direct Dial: 404-881-7454        Email: derin.dickerson@alston.com

July 22, 2021

**VIA EMAIL**

Sonya A. Rao
Morgan Verkamp LLC
35 East Seventh Street
Suite 600
Cincinnati, Ohio 45202

Re:   *U.S. ex rel. Mackillop v. Grand Canyon Education, Inc., et al.*, 18-cv-11192-WGY

Dear Sonya:

    In connection with the above-referenced matter, we have produced via FTP site documents in response to Relator's First Set of Requests for Production of Documents to Defendants. This production includes the documents that fall under our limited privilege waiver regarding the drafting and design of the UC Compensation Plan. We reserve the right to claw back any documents or portions of documents that fall outside of that topic.

    These documents are bates-numbered GRANDCANYON_03015426 through GRANDCANYON_03018756. The documents are branded "Confidential, Subject to Protective Order," and we request that they be treated according to the specifications set forth in the Stipulated Protective Order.

    Instructions for accessing the FTP site are attached. The password for the zip file will be sent separately.

    Let me know if you have questions or have any trouble accessing the documents.

Sincerely,

/s/ *Derin Dickerson*

Derin B. Dickerson

cc:   Jonathan M. Lischak
       Frederick M. Morgan
       Jeffery A. Newman

Alston & Bird LLP                                                                                                   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

July 22, 2021
Page 2

        Christopher R. O'Hara
        Lucia A. Passanisi
        J. Marc Vezina
        Aloke Chakravarty
        Jason D. Popp

July 22, 2021
Page 3

FTP SITE ACCESS INSTRUCTIONS

**To access the site using a web browser,** navigate to https://ltcs-transfer.alston.com and then provide the credentials below when prompted, being careful to not copy any trailing spaces at the end of the password. If prompted, please do not save the FTP Username and Password in your browser as this will prevent you from seeing the files (they will appear to not be present even though they are).

**To access the site using a file transfer program that supports SFTP or FTPS,** configure your software client to connect to transfer.alston.com and authenticate using the credentials below. FileZilla is an example of a software client that can be used (and is already installed on all A&B computers). Detailed instructions for the use of FileZilla can be found here: https://files.alston.com/files/docs/ITSEC-Filezilla-Quickconnect-Guide-LTCS.pdf

Transfers performed either way will be protected by encryption.

Username: GrandCanyon_Prod_3
Password: JDwKs7YNl6oFl4ICb1rW