CLOSED,OutofDMA

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:18–cv–11192–WGY

United States of America et al v. Grand Canyon University, Inc. et al
Assigned to: Judge William G. Young
Cause: 31:3729 False Claims Act

Date Filed: 06/07/2018
Date Terminated: 03/16/2023
Jury Demand: Both
Nature of Suit: 375 Other Statutes: False Claims Act
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**
*Ex Rel. Relator Michelle MacKillop*

represented by **Alexandra L. Brazier**
U.S. Attorney's Office
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110
617–748–3282
Email: alexandra.brazier@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian M. LaMacchia**
US Attorney's Office – MA
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617–748–3126
Email: brian.lamacchia@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle MacKillop**
*Relator*

represented by **Chandra Napora**
Morgan Verkamp LLC
4410 Carver Woods Drive
Suite 200
Cincinnati, OH 45242
513–651–4400
Email: chandra.napora@morganverkamp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher R. O'Hara**
Todd & Weld LLP
27th Floor
One Federal Street
Boston, MA 02110
617–720–2626
Fax: 617–227–5777
Email: cohara@toddweld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick M. Morgan , Jr.**
Morgan Verkamp LLC
Suite 600
35 East Seventh Street
Cincinnati, OH 45202
513–651–4400
Fax: 513–651–4405
Email: rmorgan@morganverkamp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Marc Vezina**
Vezina Law PLC
18 S. Broadway Street
Suite 200
Lake Orion, MI 48362
248–558–2701
Fax: 248–232–1581
Email: jmv@vezinalaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Newman**
Law Office of Jeffrey A. Newman &
Associates
One Story Terrace
Marbehead, MA 01945
617–823–3217
Email: jeffrey.newman1@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Lischak**
Morgan Verkamp LLC
4410 Carver Woods Drive
Suite 200
Cincinnati, OH 45242

513−651−4400
Email:
Jonathan.Lischak@morganverkamp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelli Mathieu Khalaf**
Vezina & Gattuso
P O Box 461
Gretna, LA 70054
504−368−5223
Fax: 504−361−3624
Email: kkhalaf@vezinagattuso.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia A. Passanisi**
Todd & Weld LLP
One Federal Street
27th Floor
Boston, MA 02110
617−624−4773
Email: lpassanisi@toddweld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya A. Rao**
Morgan Verkamp, LLC
4410 Carver Woods Dr.
Suite 200
Blue Ash, OH 45242
513−651−4400
Fax: 513−651−4405
Email: sonya.rao@morganverkamp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan A. Johnson**
Todd & Weld LLP
Todd & Weld, LLP
One Federal Street
Boston, MA 02110
617−624−4745
Email: ejohnson@toddweld.com
*ATTORNEY TO BE NOTICED*

**Rea Kasemi**
Newman & Shapiro
1 Story Terrace

Marblehead, MA 01945
781–309–3610
Email: rkasemi@jeffnewmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Grand Canyon University, Inc.**   represented by **David A. Obuchowicz**
*TERMINATED: 09/22/2021*         Gombos Leyton PC
                    11350 Random Hills Road
                    Suite 400
                    Fairfax, VA 22030
                    (703) 934–2660
                    Email: dobuchowicz@glpclaw.com
                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

                    **Derin B. Dickerson**
                    Alston & Bird LLP
                    1201 West Peachtree Street
                    Atlanta, GA 30309
                    (404) 881–7000
                    Email: derin.dickerson@alston.com
                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

                    **Gavin Reinke**
                    Alston & Bird LLP
                    1201 West Peachtree Street
                    Atlanta, GA 30309–3424
                    (404) 881–7000
                    Email: gavin.reinke@alston.com
                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

                    **Jacob C. Shorter**
                    Gombos Leyton, PC
                    11350 Random Hills Road
                    Suite 400
                    Fairfax, VA 22030
                    (703) 934–2660
                    Email: jshorter@glpclaw.com
                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

**Jason D. Popp**
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309−3424
(404) 881−4753
Email: jason.popp@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristi Ramsay**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309−3424
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Gombos**
Gombos Leyton PC
11350 Random Hills Road
Suite 400
Fairfax, VA 22030
(703) 934−2660
Email: sgombos@glpclaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aloke Chakravarty**
Snell and Wilmer
1200 17th Street
Suite 1900
Denver, CO 80202
303−634−2000
Fax: 617−748−3664
Email: achakravarty@swlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grand Canyon Education, Inc.**          represented by   **David A. Obuchowicz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derin B. Dickerson**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gavin Reinke**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob C. Shorter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason D. Popp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristi Ramsay**
(See above for address)
*TERMINATED: 05/09/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Gombos**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aloke Chakravarty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GC Education, Inc.**
*formerly known as*
Grand Canyon University, Inc.

represented by **Derin B. Dickerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grand Canyon University**
*formerly known as*
Gazelle University

represented by **Derin B. Dickerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mediator**

**Judge Jennifer C. Boal**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2018 | Ï 1 | COMPLAINT against Grand Canyon University, Inc., Grand Canyon Education, Inc., filed by Michelle MacKillop. (Attachments: # 1 Civil Cover Sheet)(adminn, ) (Entered: 06/07/2018) |
| 01/29/2020 | Ï 23 | FIRST AMENDED COMPLAINT against Grand Canyon University, Inc., Grand Canyon Education, Inc., filed by Michelle MacKillop.(Paine, Matthew) (Additional attachment(s) added on 2/13/2020: # 1 Exhibit Exhibit 1–A, # 2 Exhibit 1–B, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23–A, # 25 Exhibit 23–B, # 26 Exhibit 23–C, # 27 Exhibit 23–D, # 28 Exhibit 24–A, # 29 Exhibit 24–B, # 30 Exhibit 24–C, # 31 Exhibit 24–D, # 32 Exhibit 25, # 33 Exhibit 26, # 34 Exhibit 27) (Paine, Matthew). (Entered: 01/30/2020) |
| 02/07/2020 | Ï 24 | NOTICE of the United States that it is not Intervening at this time. (Paine, Matthew) (Entered: 02/10/2020) |
| 02/10/2020 | Ï 25 | Judge William G. Young ORDER entered: **The Complaint, Notice of the United States Not Intervening, and this Order are hereby unsealed. All other contents of the Court's file shall remain under seal but the seal be lifted as to all other matters occurring in this action after the date of this Order. See Order for further details.** (Paine, Matthew) (Entered: 02/11/2020) |
| 02/11/2020 | Ï 26 | MOTION for Order *to Amend Unsealing Order* by United States of America. (Attachments: # 1 Text of Proposed Order)(Brazier, Alexandra) (Entered: 02/11/2020) |
| 02/12/2020 | Ï 27 | Judge William G. Young: ELECTRONIC ORDER entered granting 26 Motion to Amended Unsealing Order. (Paine, Matthew) (Entered: 02/13/2020) |
| 02/12/2020 | Ï 28 | Judge William G. Young AMENDED ORDER entered. **The Complaint, First Amended Complaint, Notice of the United States Not Intervening, and this Amended Order are hereby unsealed. All other contents of the Court's file shall remain under seal but the seal be lifted as to all other matters occurring in this action after the date of this Order. See Amended Order for further details.** (Paine, Matthew) (Entered: 02/13/2020) |
| 02/13/2020 | Ï 29 | |

| | | Summons Issued as to Grand Canyon Education, Inc., Grand Canyon University, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Paine, Matthew) (Entered: 02/13/2020) |
|---|---|---|
| 05/13/2020 | Ï 30 | WAIVER OF SERVICE Returned Executed by Michelle MacKillop. Grand Canyon University, Inc. waiver sent on 5/8/2020, answer due 7/7/2020. (O'Hara, Christopher) (Entered: 05/13/2020) |
| 05/13/2020 | Ï 31 | WAIVER OF SERVICE Returned Executed by Michelle MacKillop. Grand Canyon Education, Inc. waiver sent on 5/5/2020, answer due 7/6/2020. (O'Hara, Christopher) (Modified on 5/26/2020 to Correct Answer Date as Counsel Entered the Wrong Service Date) (Paine, Matthew). (Entered: 05/13/2020) |
| 05/26/2020 | Ï 32 | Reset Answer Deadline: Grand Canyon Education, Inc. 7/6/2020. (Paine, Matthew) (Entered: 05/26/2020) |
| 07/06/2020 | Ï 33 | NOTICE of Appearance by Aloke Chakravarty on behalf of Grand Canyon Education, Inc., Grand Canyon University, Inc. (Chakravarty, Aloke) (Entered: 07/06/2020) |
| 07/06/2020 | Ï 34 | First MOTION for Leave to Appear Pro Hac Vice for admission of Jason D. Popp Filing fee: $ 100, receipt number 0101−8315825 by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 07/06/2020) |
| 07/06/2020 | Ï 35 | First MOTION for Leave to Appear Pro Hac Vice for admission of Derin B. Dickerson Filing fee: $ 100, receipt number 0101−8315844 by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 07/06/2020) |
| 07/06/2020 | Ï 36 | CORPORATE DISCLOSURE STATEMENT by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Chakravarty, Aloke) (Entered: 07/06/2020) |
| 07/06/2020 | Ï 37 | First MOTION to Dismiss *Relator's First Amended Complaint* by Grand Canyon Education, Inc., Grand Canyon University, Inc.. Chakravarty, Aloke) (Modified on 7/7/2020 to Remove and Refile Memorandum and Attachments) (Paine, Matthew). (Entered: 07/06/2020) |
| 07/06/2020 | Ï 38 | First MOTION to Transfer Case to United States District Court of the District of Arizona. by Grand Canyon Education, Inc., Grand Canyon University, Inc.. Chakravarty, Aloke) (Modified on 7/7/2020 to Remove and Refile the Memorandum and Affidavit) (Paine, Matthew). (Entered: 07/06/2020) |
| 07/07/2020 | Ï 39 | MEMORANDUM in Support re 37 First MOTION to Dismiss *Relator's First Amended Complaint* filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Paine, Matthew) (Entered: 07/07/2020) |
| 07/07/2020 | Ï 40 | MEMORANDUM in Support re 38 First MOTION to Transfer Case to United States District Court of the District of Arizona. filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Paine, Matthew) (Entered: 07/07/2020) |
| 07/07/2020 | Ï 41 | |

| | | |
|---|---|---|
| | | AFFIDAVIT in Support re 38 First MOTION to Transfer Case to United States District Court of the District of Arizona. filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Paine, Matthew) (Entered: 07/07/2020) |
| 07/07/2020 | Ï 42 | Notice of correction to docket made by Court staff. Correction: Docket Entries 37 and 38 ; Motion to Dismiss and Motion to Transfer Corrected Because: Counsel Did Not File the Supporting Memoranda As Separate Docket Entries as Required By the Courts Local Rules and CM/ECF Administrative Procedures. Please See Section (G)(4) of the CM/ECF Administrative Procedures Regarding the Filing of Supporting Memoranda to Motions. (Paine, Matthew) (Entered: 07/07/2020) |
| 07/07/2020 | Ï 43 | Judge William G. Young: ELECTRONIC ORDER entered granting 34 Motion for Leave to Appear Pro Hac Vice; granting 35 Motion for Leave to Appear Pro Hac Vice. Added Jason D. Popp and Derin B. Dickerson. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 07/07/2020) |
| 07/17/2020 | Ï 44 | MOTION for Extension of Time to September 8, 2020 to File Response/Reply by Michelle MacKillop. (Attachments: # 1 Text of Proposed Order)(Newman, Jeffrey) (Entered: 07/17/2020) |
| 07/20/2020 | Ï 45 | Judge William G. Young: ELECTRONIC ORDER entered granting 44 Consented to Motion for Extension of Time to File Response/Reply re 37 First MOTION to Dismiss *Relator's First Amended Complaint*, 38 First MOTION to Transfer Case to United States District Court of the District of Arizona. Responses due by 9/8/2020; Replies due by 10/8/2020. (Gaudet, Jennifer) (Entered: 07/20/2020) |
| 08/17/2020 | Ï 46 | MOTION for Leave to File Amended Complaint by Michelle MacKillop. (Attachments: # 1 Exhibit A Proposed SAC, # 2 Exhibit 28 to Proposed SAC, # 3 Exhibit 29 to Proposed SAC, # 4 Exhibit 30 to Proposed SAC)(Newman, Jeffrey) **Modified on 8/18/2020 to Correct Docket Text as Counsel Filed the Motion Under the Wrong Event in CM/ECF** (Paine, Matthew). (Entered: 08/17/2020) |
| 08/17/2020 | Ï 47 | MEMORANDUM in Support re 46 MOTION for Leave to File Amended Complaint filed by Michelle MacKillop. (Attachments: # 1 Exhibit A Proposed SAC, # 2 Exhibit 28 to Proposed SAC, # 3 Exhibit 29 to Proposed SAC, # 4 Exhibit 30 to Proposed SAC)(Newman, Jeffrey) **Modified on 8/18/2020 to Correct Docket Text** (Paine, Matthew). (Entered: 08/17/2020) |
| 09/08/2020 | Ï 48 | MEMORANDUM in Opposition re 38 First MOTION to Transfer Case to United States District Court of the District of Arizona. filed by Michelle MacKillop. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Passanisi, Lucia) (Entered: 09/08/2020) |
| 09/08/2020 | Ï 49 | MEMORANDUM in Opposition re 37 First MOTION to Dismiss *Relator's First Amended Complaint* filed by Michelle MacKillop. (Passanisi, Lucia) (Entered: 09/08/2020) |
| 09/11/2020 | Ï 50 | Judge William G. Young: ELECTRONIC ORDER entered granting 46 Motion for Leave to Amend Complaint; Counsel using the Electronic Case Filing System should |

| | | |
|---|---|---|
| | | now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Gaudet, Jennifer) (Entered: 09/11/2020) |
| 09/14/2020 | ⛶ 51 | AMENDED COMPLAINT against All Defendants, filed by Michelle MacKillop. (Attachments: # 1 Exhibit 1–A, # 2 Exhibit 1–B, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23–A, # 25 Exhibit 23–B, # 26 Exhibit 23–C, # 27 Exhibit 23–D, # 28 Exhibit 24–A, # 29 Exhibit 24–B, # 30 Exhibit 24–C, # 31 Exhibit 24–D, # 32 Exhibit 25, # 33 Exhibit 26, # 34 Exhibit 27, # 35 Exhibit 28, # 36 Exhibit 29, # 37 Exhibit 30)(Newman, Jeffrey) (Entered: 09/14/2020) |
| 09/22/2020 | ⛶ 52 | Judge William G. Young: ELECTRONIC ORDER entered terminating as moot 37 Motion to Dismiss Relator's First Amended Complaint by Grand Canyon Education, Inc., Grand Canyon University, Inc. **Second Amended Complaint filed 9/14/2020. See docket entry 51 .** (Gaudet, Jennifer) (Entered: 09/22/2020) |
| 09/22/2020 | ⛶ 53 | ELECTRONIC NOTICE Setting Hearing on Motion 38 First MOTION to Transfer Case to United States District Court of the District of Arizona: Motion Hearing set for 11/18/2020 02:00 PM in Remote Proceeding : Boston before Judge William G. Young. |
| | | This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. |
| | | Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://https://forms.mad.uscourts.gov/courtlist.html. |
| | | For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |
| | | (Gaudet, Jennifer) (Entered: 09/22/2020) |
| 09/24/2020 | ⛶ 54 | First MOTION for Extension of Time to October 12, 2020 to Respond to Relator's Second Amended Complaint by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Extension of Time)(Chakravarty, Aloke) **Modified on 9/24/2020 to Correct CM/ECF Filing Event** (Paine, Matthew). (Entered: 09/24/2020) |
| 09/25/2020 | ⛶ 55 | Judge William G. Young: ELECTRONIC ORDER entered granting 54 First MOTION for Extension of Time to October 12, 2020 to Respond to Relator's Second Amended Complaint. (Paine, Matthew) (Entered: 09/25/2020) |
| 09/30/2020 | ⛶ 56 | |

| | | Joint MOTION for Order to To Set Briefing Schedule by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Text of Proposed Order Order Granting Joint Motion to Set Briefing Schedule)(Chakravarty, Aloke) (Entered: 09/30/2020) |
|---|---|---|
| 10/12/2020 | Ĭ 57 | MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT* by Grand Canyon Education, Inc., Grand Canyon University, Inc.. Chakravarty, Aloke) **Modified on 10/13/2020 to Correct Docket Text and Remove Memorandum of Law in Support** (Paine, Matthew). (Entered: 10/12/2020) |
| 10/12/2020 | Ĭ 58 | MOTION to Transfer Case *RELATORS SECOND AMENDED COMPLAINT* to District of Arizona. by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachment: (2) DECLARATION OF PATTI STONER)(Chakravarty, Aloke) **Modified on 10/13/2020 to Correct Docket Text and Remove Memorandum of Law in Support** (Paine, Matthew). (Entered: 10/12/2020) |
| 10/13/2020 | Ĭ 59 | MEMORANDUM in Support re 57 MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT* filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Paine, Matthew) (Entered: 10/13/2020) |
| 10/13/2020 | Ĭ 60 | MEMORANDUM in Support re 58 MOTION to Transfer Case *RELATORS SECOND AMENDED COMPLAINT* to District of Arizona. filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Paine, Matthew) (Entered: 10/13/2020) |
| 10/13/2020 | Ĭ 61 | Notice of correction to docket made by Court staff. Correction: Docket Entries 57 and 58 Motion to Dismiss and Motion to Transfer Corrected Because the Memoranda of Law in Support of Those Motions Were Filed As Attachments and Not Separate Docket Entries as Required Under Section (G)(4) of the CM/ECF Administrative Procedures. (Paine, Matthew) (Entered: 10/13/2020) |
| 10/26/2020 | Ĭ 62 | RESPONSE to Motion re 57 MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT Statement of Interest* filed by United States of America. (Brazier, Alexandra) (Entered: 10/26/2020) |
| 10/26/2020 | Ĭ 63 | Opposition re 57 MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT* filed by Michelle MacKillop. (Passanisi, Lucia) (Entered: 10/26/2020) |
| 10/26/2020 | Ĭ 64 | MEMORANDUM in Opposition re 58 MOTION to Transfer Case *RELATORS SECOND AMENDED COMPLAINT* to District of Arizona. filed by Michelle MacKillop. (Attachments: # 1 Exhibit Declaration of Jeffrey Newman)(Passanisi, Lucia) (Entered: 10/26/2020) |
| 11/09/2020 | Ĭ 65 | First MOTION for Leave to File by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Exhibit Motion to Dismiss Reply, # 2 Exhibit Motion to Transfer Reply)(Chakravarty, Aloke) (Entered: 11/09/2020) |
| 11/09/2020 | Ĭ 66 | AMENDED DOCUMENT by Grand Canyon Education, Inc., Grand Canyon University, Inc.. Amendment to 36 Corporate Disclosure Statement . (Chakravarty, Aloke) (Entered: 11/09/2020) |
| 11/10/2020 | Ĭ 67 | Judge William G. Young: ELECTRONIC ORDER entered granting 65 Motion for Leave to File Reply Briefs; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the |

| | | |
|---|---|---|
| | | CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 11/10/2020) |
| 11/10/2020 | Ï 68 | REPLY to Response to 57 MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT* filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Chakravarty, Aloke) (Entered: 11/10/2020) |
| 11/10/2020 | Ï 69 | REPLY to Response to 58 MOTION to Transfer Case *RELATORS SECOND AMENDED COMPLAINT* to District of Arizona. filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Chakravarty, Aloke) (Entered: 11/10/2020) |
| 11/18/2020 | Ï 70 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 11/18/2020 (by video) re 38 First MOTION to Transfer Case to United States District Court of the District of Arizona filed by Grand Canyon Education, Inc., Grand Canyon University, Inc. The Court hears arguments of counsel – case to be sent to the District of Arizona upon conclusion of final pretrial conference before this Court for trial. The Court grants 56 Joint Motion to set briefing schedule: final pretrial conference to be held in November 2021; dispositive motions to be filed on or before 9/1/2021. Counsel shall submit a joint proposed case management schedule within 14 days. A hearing to be set on the pending motion to dismiss (#57). terminating 38 Motion to Transfer Case; (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Ausa Brazier and LaMacchia for the government, Attorneys O'Hara, Vezina, Newman and Passanisi for the plaintiff and Attorneys Dickerson and Popp for the defendants) (Gaudet, Jennifer) (Entered: 12/01/2020) |
| 11/18/2020 | Ï 71 | Judge William G. Young: ELECTRONIC ORDER entered granting 56 Joint Motion To Set Briefing Schedule by Grand Canyon Education, Inc., Grand Canyon University, Inc. (Gaudet, Jennifer) (Entered: 12/01/2020) |
| 12/01/2020 | Ï 72 | ELECTRONIC NOTICE of Hearing. Final Pretrial Conference set for 11/16/2021 at 2:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 12/01/2020) |
| 12/01/2020 | Ï 73 | ELECTRONIC NOTICE Setting Hearing on Motion 57 MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT* : Motion Hearing set for 12/17/2020 at 3:30 PM in Remote Proceeding : Boston before Judge William G. Young.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |

| | | (Gaudet, Jennifer) (Entered: 12/01/2020) |
|---|---|---|
| 12/02/2020 | Ï 74 | CERTIFICATION pursuant to Local Rule 16.1 *of Plaintiff−Relator* by Michelle MacKillop.(Passanisi, Lucia) (Entered: 12/02/2020) |
| 12/02/2020 | Ï 75 | JOINT STATEMENT re scheduling conference . (Passanisi, Lucia) (Entered: 12/02/2020) |
| 12/07/2020 | Ï 76 | ELECTRONIC NOTICE Resetting Hearing on Motion 57 MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT* : Motion Hearing set for 12/22/2020 at 11:00 AM in Remote Proceeding : Boston before Judge William G. Young. <br><br> This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. <br><br> Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. <br><br> (Gaudet, Jennifer) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 77 | Judge William G. Young: ELECTRONIC ORDER entered finding as moot 58 Motion to Transfer Case. **Motion addressed at the hearing held on 11/18/2020. See docket entry 70 .** (Gaudet, Jennifer) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 78 | Judge William G. Young: ELECTRONIC ORDER entered adopting as modified re 75 JOINT STATEMENT re scheduling conference. **Responses to summary judgment motions are due 21 days after filing in accordance with local rules.** (Amended Pleadings due by 4/30/2021; Dispositive Motions due by 9/1/2021.)(Gaudet, Jennifer) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 79 | CERTIFICATION pursuant to Local Rule 16.1 . (Chakravarty, Aloke) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 80 | MOTION for Reconsideration re 58 MOTION to Transfer Case *RELATORS SECOND AMENDED COMPLAINT* to District of Arizona. by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 12/07/2020) |
| 12/14/2020 | Ï 81 | Transcript of Motion for Transfer held on November 18, 2020, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com. Redaction Request due 1/4/2021. Redacted Transcript Deadline set for 1/14/2021. Release of Transcript Restriction set for 3/15/2021. (Coppola, Katelyn) (Entered: 12/18/2020) |

| 12/14/2020 | Ï 82 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/caseinfo/transcripts.htm (Coppola, Katelyn) (Entered: 12/18/2020) |
|---|---|---|
| 12/21/2020 | Ï 83 | MEMORANDUM in Opposition re 80 MOTION for Reconsideration re 58 MOTION to Transfer Case *RELATORS SECOND AMENDED COMPLAINT* to District of Arizona. filed by Michelle MacKillop. (Attachments: # 1 Exhibit A – 11–18–20 Hearing Transcript)(O'Hara, Christopher) (Entered: 12/21/2020) |
| 12/22/2020 | Ï 84 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held by video on 12/22/2020 re 57 MOTION to Dismiss *RELATORS SECOND AMENDED COMPLAINT* filed by Grand Canyon Education, Inc., Grand Canyon University, Inc. After hearing arguments of counsel, the Court enters an order granting in part and denying in part 57 Motion to Dismiss RELATORS SECOND AMENDED COMPLAINT by Grand Canyon Education, Inc., Grand Canyon University, Inc. The motion is denied as to counts one and two and granted as to count three. The 80 Motion for Reconsideration is denied as well as the request to certify to COA. (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Attorneys Brazier and LaMacchia for the government, Attorneys Vezina, Newman, Passanisi and O'Hara for the plaintiff and Attorneys Popp, Dickerson and Chakravarty for the defendants) (Gaudet, Jennifer) (Entered: 12/22/2020) |
| 12/31/2020 | Ï 85 | Consent MOTION to Continue Time to File Answer to Second Amended Complaint to January 8, 2020 by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Extension of Time)(Chakravarty, Aloke) (Modified on 1/3/2021 to Correct CM/ECF Filing Event) (Paine, Matthew). (Entered: 12/31/2020) |
| 01/03/2021 | Ï 86 | Judge William G. Young: ELECTRONIC ORDER entered granting 85 Consent MOTION to Continue Time to File Answer or Otherwise Respond to Second Amended Complaint by January 8, 2020. (Paine, Matthew) (Entered: 01/03/2021) |
| 01/08/2021 | Ï 87 | ANSWER to 51 Amended Complaint,,, by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Popp, Jason) (Entered: 01/08/2021) |
| 01/19/2021 | Ï 88 | NOTICE of Appearance by Sonya A. Rao on behalf of Michelle MacKillop (Rao, Sonya) (Entered: 01/19/2021) |
| 01/26/2021 | Ï 89 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Frederick M. Morgan, Jr. Filing fee: $ 100, receipt number 0101–8609179 by Michelle MacKillop. (Attachments: # 1 Exhibit 1: Certification of Frederick M. Morgan, # 2 Exhibit 2: Certificate of Good Standing, Frederick M. Morgan)(Rao, Sonya) (Entered: 01/26/2021) |
| 01/26/2021 | Ï 90 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Jonathan M. Lischak Filing fee: $ 100, receipt number 0101–8609182 by Michelle MacKillop. (Attachments: # 1 Exhibit 1: Certification of Jonathan M. Lischak, # 2 Exhibit 2: Certificate of Good Standing, Jonathan M. Lischak)(Rao, Sonya) (Entered: 01/26/2021) |

| 01/27/2021 | Ï 91 | Judge William G. Young: ELECTRONIC ORDER entered granting 89 Motion for Leave to Appear Pro Hac Vice; granting 90 Motion for Leave to Appear Pro Hac Vice. Added Frederick M. Morgan and Jonathan M. Lischak. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 01/27/2021) |
|---|---|---|
| 01/29/2021 | Ï 92 | Transcript of Motion to Dismiss held on December 22, 2020, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com. Redaction Request due 2/19/2021. Redacted Transcript Deadline set for 3/1/2021. Release of Transcript Restriction set for 4/29/2021. (Coppola, Katelyn) (Entered: 02/04/2021) |
| 01/29/2021 | Ï 93 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/caseinfo/transcripts.htm (Coppola, Katelyn) (Entered: 02/04/2021) |
| 02/22/2021 | Ï 94 | JUDGMENT OF THE USCA (21–1042): The petition for advisory mandamus is DENIED. (Paine, Matthew) (Entered: 02/22/2021) |
| 03/16/2021 | Ï 95 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Kelli M. Khalaf Filing fee: $ 100, receipt number 0101–8682529 by Michelle MacKillop. (Attachments: # 1 Exhibit A)(Passanisi, Lucia) (Entered: 03/16/2021) |
| 03/16/2021 | Ï 96 | Judge William G. Young: ELECTRONIC ORDER entered granting 95 Motion for Leave to Appear Pro Hac Vice. Added Kelli M. Khalaf. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 03/16/2021) |
| 03/26/2021 | Ï 97 | Joint MOTION for Protective Order by Michelle MacKillop. (Attachments: # 1 Text of Proposed Order Stipulated Protective Order Governing Confidential/Proprietary Information and Information Subject to the Family Educational Rights and Privacy Act)(Rao, Sonya) (Entered: 03/26/2021) |
| 03/31/2021 | Ï 98 | MOTION to Compel *Discovery* by Michelle MacKillop.(Passanisi, Lucia) (Entered: 03/31/2021) |
| 03/31/2021 | Ï 99 | CERTIFICATE OF CONSULTATION pursuant to LR 7.1 re 98 MOTION to Compel *Discovery* by Lucia A. Passanisi on behalf of Michelle MacKillop. (Passanisi, Lucia) (Entered: 03/31/2021) |
| 03/31/2021 | Ï 100 | MEMORANDUM in Support re 98 MOTION to Compel *Discovery* filed by Michelle MacKillop. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit |

| | | |
|---|---|---|
| | | I)(Passanisi, Lucia) (Main Document 100 replaced on 4/5/2021 due to typographical error on page 7) (Paine, Matthew). (Entered: 03/31/2021) |
| 04/01/2021 | 101 | ELECTRONIC NOTICE issued requesting paper courtesy copy for 99 Certificate of Consultation pursuant to LR 7.1, 100 Memorandum in Support of Motion, 98 MOTION to Compel *Discovery*. Counsel who filed this document are requested to submit a paper courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine – Docket Clerk – Judge Young.  **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 04/01/2021) |
| 04/14/2021 | 102 | Judge William G. Young: ELECTRONIC ORDER entered granting 97 Joint Motion for Protective Order. **Nothing is to be filed in Court pursuant to this order. It is not to be cited as a ground for sealing.** (Gaudet, Jennifer) (Entered: 04/14/2021) |
| 04/14/2021 | 103 | Judge William G. Young: ORDER entered; Stipulated Protective Order Governing Confidential/Proprietary Information and Information Subject to the Family Educational Rights and Privacy Act. **Nothing is to be filed in Court pursuant to this order. It is not to be cited as a ground for sealing.** (Gaudet, Jennifer) (Entered: 04/14/2021) |
| 04/14/2021 | 104 | RESPONSE to Motion re 98 MOTION to Compel *Discovery* filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Dickerson, Derin) (Entered: 04/14/2021) |
| 04/15/2021 | 105 | REPLY to Response to 98 MOTION to Compel *Discovery* filed by Michelle MacKillop. (Attachments: # 1 Exhibit J, # 2 Exhibit K, # 3 Exhibit L, # 4 Exhibit M, # 5 Exhibit N)(Passanisi, Lucia) (Entered: 04/15/2021) |
| 04/20/2021 | 106 | Judge William G. Young: ELECTRONIC ORDER entered denying 98 Motion to Compel. **The motion is denied without prejudice to refiling supported by the request for production sought to be enforced.** (Gaudet, Jennifer) (Entered: 04/20/2021) |
| 04/30/2021 | 107 | Assented to MOTION for Leave to File Excess Pages *(Re Memorandum in Support of Motion to Compel)* by Michelle MacKillop. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A: Proposed Memorandum in Support of Motion to Compel, # 3 Exhibit A–1: Ex. A to Proposed Memorandum, # 4 Exhibit A–2: Ex. B to Proposed Memorandum, # 5 Exhibit A–3: Ex. C to Proposed Memorandum, # 6 Exhibit A–4: Ex. D to Proposed Memorandum, # 7 Exhibit A–5: Ex. E to Proposed Memorandum, # 8 Exhibit A–6: Ex. F to Proposed Memorandum, # 9 Exhibit A–7: Ex. G to Proposed Memorandum, # 10 Exhibit A–8: Ex. H to Proposed Memorandum, # 11 Exhibit A–9: Ex. I to Proposed Memorandum, # 12 Exhibit A–10: Ex. J to Proposed Memorandum, # 13 Exhibit A–11: Ex. K to Proposed Memorandum, # 14 Exhibit A–12: Ex. L to Proposed Memorandum, # 15 Exhibit A–13: Ex. M to Proposed Memorandum, # 16 Exhibit A–14: Ex. N to Proposed Memorandum)(Rao, Sonya) (Entered: 04/30/2021) |
| 05/11/2021 | 108 | Judge William G. Young: ELECTRONIC ORDER entered granting in part and denying in part 107 Motion for Leave to File Excess Pages. **Allowed, but not to exceed 30 pages.** Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted |

| | | |
|---|---|---|
| | | on (date of order)– in the caption of the document. (Gaudet, Jennifer) (Entered: 05/11/2021) |
| 05/11/2021 | 109 | MOTION to Compel *(Regarding Relator's First Set of Requests for Production of Documents)* by Michelle MacKillop. (Attachments: # 1 Text of Proposed Order)(Rao, Sonya) (Entered: 05/11/2021) |
| 05/11/2021 | 110 | MEMORANDUM in Support re 109 MOTION to Compel *(Regarding Relator's First Set of Requests for Production of Documents)* filed by Michelle MacKillop. (Attachments: # 1 Exhibit A: Relator's First Set of RFPs, # 2 Exhibit B: Relator's Feb. 8, 2021 Letter, # 3 Exhibit C: Feb. 17, 2021 Email Thread, # 4 Exhibit D: Defendants' Objections to RFPs, # 5 Exhibit E: Relator's Mar. 10, 2021 Rule 37.1 Letter, # 6 Exhibit F: Defendants' Mar. 19, 2021 Letter, # 7 Exhibit G: Defendants' Mar. 24, 2021 Letter, # 8 Exhibit H: Defendants' Apr. 26, 2021 Letter, # 9 Exhibit I: Weworski Subpoena, # 10 Exhibit J: Defendants' Apr. 9, 2021 Letter, # 11 Exhibit K: Relator's Apr. 12, 2021 Letter, # 12 Exhibit L: Weworski Subpoena Production Excerpts, # 13 Exhibit M: Relator's Rule 26 Disclosures, # 14 Exhibit N: Audit Guide)(Rao, Sonya) (Entered: 05/11/2021) |
| 05/25/2021 | 111 | RESPONSE to Motion re 109 MOTION to Compel *(Regarding Relator's First Set of Requests for Production of Documents)* filed by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Exhibit 1)(Dickerson, Derin) (Entered: 05/25/2021) |
| 05/26/2021 | 112 | ELECTRONIC NOTICE issued requesting a PAPER courtesy copy for 110 Memorandum in Support of Motion, 109 MOTION to Compel *(Regarding Relator's First Set of Requests for Production of Documents)*, 111 Response to Motion,. Counsel who filed this document are requested to submit a PAPER courtesy copy of this document (or documents) to the Clerk's Office Attnetion Matthew Paine – Docket Clerk – Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 05/26/2021) |
| 05/28/2021 | 113 | Assented to MOTION for Leave to File *a Reply Brief in Support of Motion to Compel Discovery* by Michelle MacKillop. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1: Proposed Reply Brief, # 3 Exhibit 1–A: Ex. A to Proposed Reply Brief, # 4 Exhibit 1–B: Ex. B to Proposed Reply Brief)(Rao, Sonya) (Entered: 05/28/2021) |
| 05/28/2021 | 114 | Judge William G. Young: ELECTRONIC ORDER entered granting 113 Assented to MOTION for Leave to File a Reply Brief ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 05/28/2021) |
| 05/28/2021 | 115 | CERTIFICATE OF CONSULTATION pursuant to LR 7.1 re 113 Assented to MOTION for Leave to File *a Reply Brief in Support of Motion to Compel Discovery* by Sonya A. Rao on behalf of Michelle MacKillop by on behalf of Michelle MacKillop. Related document: 113 Assented to MOTION for Leave to File *a Reply Brief in Support of Motion to Compel Discovery* filed by Michelle MacKillop.(Rao, Sonya) (Entered: 05/28/2021) |

| 05/28/2021 | 116 | REPLY to Response to 109 MOTION to Compel *(Regarding Relator's First Set of Requests for Production of Documents) Relator's Reply Brief in Support of Motion to Compel Discovery* filed by Michelle MacKillop. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rao, Sonya) (Attachment 1 replaced on 5/30/2021) (Paine, Matthew). (Entered: 05/28/2021) |
|---|---|---|
| 06/18/2021 | 117 | MOTION to Modify Scheduling Order by Extending Case Deadlines *(First Request)* by Michelle MacKillop. (Attachments: # 1 Text of Proposed Order)(Rao, Sonya) (Entered: 06/18/2021) |
| 06/18/2021 | 118 | MEMORANDUM in Support re 117 MOTION to Modify Scheduling Order by Extending Case Deadlines *(First Request)* filed by Michelle MacKillop. (Attachments: # 1 Exhibit A: June 15, 2021 Email Confirming Conversation, # 2 Exhibit B: April 28, 2021 Letter to Weworski, # 3 Exhibit C: Subpoena to DOE, # 4 Exhibit D: Fact Witness Depo Notices and Cover Letter, # 5 Exhibit E: GCU 30(b)(6) Notice and Cover Letter, # 6 Exhibit F: GCE 30(b)(6) Notice and Cover Letter)(Rao, Sonya) (Entered: 06/18/2021) |
| 06/21/2021 | 119 | Judge William G. Young: ELECTRONIC ORDER entered denying 117 MOTION to Modify Scheduling Order by Extending Case Deadlines (First Request). (Paine, Matthew) (Entered: 06/21/2021) |
| 06/21/2021 | 120 | Judge William G. Young: ORDER entered granting in part and denying in part 109 Motion to Compel<br><br>Motion allowed save that the discovery period commences January 1, 2016 requests 2, 8, 17, 50 are limited to the allegations of the second amended complaint, requests 10, 12, 14, 18, 20, 21, 25 are overbroad and need not be answered, requests 37 and 42 are limited to university counselor compensation. A privilege log as to each responsive document requested but withheld must be prepared by the close of discovery. (Sonnenberg, Elizabeth) (Entered: 06/21/2021) |
| 07/01/2021 | 121 | Assented to MOTION for Extension of Time to 8/11/2021 to submit Rule 26(a)(2) expert reports, and a concomitant extension of other deadlines. by Michelle MacKillop. (Attachments: # 1 Exhibit A, Declaration of Sonya A. Rao, # 2 Exhibit B, June 28, 2021 Production Letter, # 3 Proposed Order)(Rao, Sonya) (Entered: 07/01/2021) |
| 07/09/2021 | 122 | Judge William G. Young: ORDER entered granting 121 Relator's Assented to Motion to Extend Deadlines Concerning Experts and Dispositive Motions. (Gaudet, Jennifer) (Entered: 07/09/2021) |
| 07/13/2021 | 123 | MOTION for Leave to Appear Pro Hac Vice for admission of Gavin Reinke Filing fee: $ 100, receipt number 0101–8856574 by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 07/13/2021) |
| 07/13/2021 | 124 | MOTION for Leave to Appear Pro Hac Vice for admission of David A. Obuchowicz Filing fee: $ 100, receipt number 0101–8857397 by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 07/13/2021) |
| 07/13/2021 | 125 | MOTION for Leave to Appear Pro Hac Vice for admission of Jacob C. Shorter Filing fee: $ 100, receipt number 0101–8857411 by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 07/13/2021) |

| 07/13/2021 | 126 | MOTION for Leave to Appear Pro Hac Vice for admission of Steven M. Gombos Filing fee: $ 100, receipt number 0101–8857429 by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 07/13/2021) |
|---|---|---|
| 07/14/2021 | 127 | Judge William G. Young: ELECTRONIC ORDER entered granting 123 Motion for Leave to Appear Pro Hac Vice; granting 124 Motion for Leave to Appear Pro Hac Vice; granting 125 Motion for Leave to Appear Pro Hac Vice; granting 126 Motion for Leave to Appear Pro Hac Vice. Added Gavin Reinke, David A. Obuchowicz, Jacob C. Shorter, and Steven M. Gombos.<br><br>**Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.**<br><br>(Paine, Matthew) (Entered: 07/14/2021) |
| 07/14/2021 | 128 | NOTICE of Appearance by Evan A. Johnson on behalf of Michelle MacKillop (Johnson, Evan) (Entered: 07/14/2021) |
| 07/16/2021 | 129 | MOTION for Leave to Appear Pro Hac Vice for admission of Kristi Ramsay Filing fee: $ 100, receipt number 0101–8862079 by Grand Canyon Education, Inc., Grand Canyon University, Inc..(Chakravarty, Aloke) (Entered: 07/16/2021) |
| 07/19/2021 | 130 | MOTION for Leave to Appear Pro Hac Vice for admission of Chandra Napora Filing fee: $ 100, receipt number 0101–8863463 by Michelle MacKillop. (Attachments: # 1 Certification of Chandra Napora, # 2 Certificate of Good Standing)(Rao, Sonya) (Entered: 07/19/2021) |
| 07/19/2021 | 131 | Judge William G. Young: ELECTRONIC ORDER entered granting 129 Motion for Leave to Appear Pro Hac Vice. Added Kristi Ramsay. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 07/19/2021) |
| 07/19/2021 | 132 | Judge William G. Young: ELECTRONIC ORDER entered granting 130 Motion for Leave to Appear Pro Hac Vice. Added Chandra Napora. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Paine, Matthew) (Entered: 07/19/2021) |
| 07/27/2021 | 133 | Emergency MOTION for Hearing *Relator's Motion for Emergency Status Conference to Address Defendants' Proposal to Waive Privilege and Assert Advice of Counsel Defense at Close of Fact Discovery* by Michelle MacKillop. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Rao, Sonya) (Entered: 07/27/2021) |
| 07/28/2021 | 134 | |

| | | Judge William G. Young: ELECTRONIC ORDER entered re 133 Emergency Motion for Status Conference to Address Defendants' Proposal to Waive Privilege and Assert Advice of Counsel Defense at Close of Fact Discovery by Michelle MacKillop. **Relator shall have an additional 60 days for discovery. No other deadline is extended.** (Gaudet, Jennifer) (Entered: 07/28/2021) |
| --- | --- | --- |
| 09/17/2021 | 135 | JOINT MOTION for Extension of Time to October 27, 2021 to File dispositive motions by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Text of Proposed Order)(Dickerson, Derin) (Main Document 135 replaced on 9/19/2021) (Paine, Matthew). (Attachment 1 replaced on 9/19/2021) (Paine, Matthew). Modified on 9/19/2021 (Paine, Matthew). (Entered: 09/17/2021) |
| 09/20/2021 | 136 | Judge William G. Young: ELECTRONIC ORDER entered granting 135 JOINT MOTION for Extension of Time to October 27, 2021 to File Dispositive Motions (Paine, Matthew) (Entered: 09/20/2021) |
| 09/20/2021 | 137 | Reset Deadline: Dispositive Motions Due by October 27, 2021; Responses due by November 17, 2021; Replies due by December 1, 2021. (Paine, Matthew) (Entered: 09/20/2021) |
| 09/20/2021 | 138 | MOTION for Leave to File *Corrected Second Amended Complaint so as to Conform Compliant to Legal Standard* by Michelle MacKillop. (Attachments: # 1 Exhibit A: Corrected Second Amended Complaint)(Rao, Sonya) (Entered: 09/20/2021) |
| 09/21/2021 | 139 | Judge William G. Young: ELECTRONIC ORDER entered granting 138 MOTION for Leave to File Corrected Second Amended Complaint ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 09/21/2021) |
| 09/21/2021 | 140 | AMENDED DOCUMENT by Michelle MacKillop. Amendment to 51 Amended Complaint,,, *Relator's Corrected Second Amended Complaint and Demand for Jury Trial*. (Rao, Sonya) (Entered: 09/21/2021) |
| 09/22/2021 | 141 | CORRECTED SECOND AMENDED COMPLAINT against Grand Canyon Education, Inc., GC Education, Inc., Grand Canyon University, Inc., filed by Michelle MacKillop.(Paine, Matthew) (Entered: 09/22/2021) |
| 09/22/2021 | 142 | **Notice of correction to docket made by Court staff. Correction: Docket Entry 140 Corrected Second Amended Complaint Corrected Because Counsel Rao filed the Corrected Second Amended Under the Wrong Event in CM/ECF. The Corrected Second Amended Complaint Was Re–Filed Under the Correct CM/ECF Event as ECF No. 141 .** (Paine, Matthew) (Entered: 09/22/2021) |
| 09/22/2021 | 143 | Summons Issued as to GC Education, Inc., Grand Canyon University. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Paine, Matthew) (Entered: 09/22/2021) |
| 09/27/2021 | 144 | ELECTRONIC NOTICE OF RESCHEDULING: Final Pretrial Conference reset for 1/20/2022 at 2:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 09/27/2021) |

| 09/28/2021 | Ĭ 145 | MOTION to Compel *Interrogatory Responses* by Michelle MacKillop. (Attachments: # 1 Proposed Order)(Rao, Sonya) (Entered: 09/28/2021) |
| 09/28/2021 | Ĭ 146 | MEMORANDUM in Support re 145 MOTION to Compel *Interrogatory Responses* filed by Michelle MacKillop. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Rao, Sonya) (Entered: 09/28/2021) |
| 10/12/2021 | Ĭ 147 | MEMORANDUM in Opposition re 145 MOTION to Compel *Interrogatory Responses* filed by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dickerson, Derin) (Entered: 10/12/2021) |
| 10/21/2021 | Ĭ 148 | Joint MOTION for Leave to File Excess Pages *Memorandum of Law in Support of Motion for Summary Judgment and the Response to the Motion for Summary Judgment* by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University, Grand Canyon University, Inc.. (Attachments: # 1 Proposed Order)(Dickerson, Derin) (Entered: 10/21/2021) |
| 10/22/2021 | Ĭ 149 | Judge William G. Young: ELECTRONIC ORDER entered denying 148 Motion for Leave to File Excess Pages (Paine, Matthew) (Entered: 10/22/2021) |
| 10/26/2021 | Ĭ 150 | MOTION to Compel *Compliance with Court Order and to Produce Discovery* by Michelle MacKillop. (Attachments: # 1 Proposed Order)(Rao, Sonya) (Entered: 10/26/2021) |
| 10/26/2021 | Ĭ 151 | MEMORANDUM in Support re 150 MOTION to Compel *Compliance with Court Order and to Produce Discovery* filed by Michelle MacKillop. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Rao, Sonya) (Entered: 10/26/2021) |
| 10/27/2021 | Ĭ 152 | MOTION for Summary Judgment by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University.(Dickerson, Derin) (Entered: 10/27/2021) |
| 10/27/2021 | Ĭ 153 | MEMORANDUM in Support re 152 MOTION for Summary Judgment filed by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University. (Dickerson, Derin) (Entered: 10/27/2021) |
| 10/27/2021 | Ĭ 154 | ELECTRONIC NOTICE issued requesting a Paper courtesy copy for 152 MOTION for Summary Judgment , 153 Memorandum in Support of Motion. Counsel who filed this document are requested to submit a SINGLE–SIDED PAPER courtesy copy of this document (or documents) to the Clerk's Office b Attention Matthew Paine – Docket Clerk – Judge Young.  **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 10/27/2021) |
| 10/27/2021 | Ĭ 155 | Statement of Material Facts L.R. 56.1 re 152 MOTION for Summary Judgment filed by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 |

| | | Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47, # <u>48</u> Exhibit 48, # <u>49</u> Exhibit 49, # <u>50</u> Exhibit 50, # <u>51</u> Exhibit 51, # <u>52</u> Exhibit 52, # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58, # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61)(Dickerson, Derin) (Entered: 10/27/2021) |
|---|---|---|
| 10/27/2021 | 156 | ELECTRONIC NOTICE issued requesting a PAPER courtesy copy for <u>155</u> Statement of Material Facts L.R. 56.1. Counsel who filed this document are requested to submit a SINGLE–SIDED PAPER courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine – Docket Clerk – Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 10/27/2021) |
| 11/04/2021 | 157 | ELECTRONIC NOTICE Setting Hearing on Motion <u>152</u> MOTION for Summary Judgment : Motion Hearing set for 1/18/2022 at 2:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 11/04/2021) |
| 11/09/2021 | 158 | MEMORANDUM in Opposition re <u>150</u> MOTION to Compel *Compliance with Court Order and to Produce Discovery* filed by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J)(Dickerson, Derin) (Entered: 11/09/2021) |
| 11/10/2021 | 159 | Judge William G. Young: ELECTRONIC ORDER entered denying <u>150</u> Motion to Compel. **Motion denied in view of the defendants' representations as to discovery.** (Gaudet, Jennifer) (Entered: 11/10/2021) |
| 11/17/2021 | 160 | *Relator's* Response by Michelle MacKillop to <u>155</u> Statement of Material Facts L.R. 56.1,,,,, . (Rao, Sonya) (Main Document 160 replaced on 11/19/2021) (Paine, Matthew). (Entered: 11/17/2021) |
| 11/17/2021 | 161 | EXHIBIT re <u>160</u> Response *Notice of Filing of Exhibits to Relator's Response to Defendants' Statement, and Statement of Additional Facts* by Michelle MacKillop. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15)(Rao, Sonya) (Attachment 12 replaced on 11/19/2021) (Paine, Matthew). (Entered: 11/17/2021) |
| 11/17/2021 | 162 | EXHIBIT re <u>160</u> Response *Notice of Filing of Exhibits to Relator's Response to Defendants' Statement, and Statement of Additional Facts* by Michelle MacKillop. (Attachments: # <u>1</u> Exhibit 16, # <u>2</u> Exhibit 17, # <u>3</u> Exhibit 18, # <u>4</u> Exhibit 19, # <u>5</u> Exhibit 20, # <u>6</u> Exhibit 21, # <u>7</u> Exhibit 22, # <u>8</u> Exhibit 23, # <u>9</u> Exhibit 24, # <u>10</u> Exhibit 25, # <u>11</u> Exhibit 26, # <u>12</u> Exhibit 27, # <u>13</u> Exhibit 28, # <u>14</u> Exhibit 29, # <u>15</u> Exhibit 30)(Rao, Sonya) (Entered: 11/17/2021) |
| 11/17/2021 | 163 | EXHIBIT re <u>160</u> Response *Notice of Filing of Exhibits to Relator's Response to Defendants' Statement, and Statement of Additional Facts* by Michelle MacKillop. (Attachments: # <u>1</u> Exhibit 31, # <u>2</u> Exhibit 32, # <u>3</u> Exhibit 33, # <u>4</u> Exhibit 34, # <u>5</u> Exhibit 35, # <u>6</u> Exhibit 36, # <u>7</u> Exhibit 37, # <u>8</u> Exhibit 38, # <u>9</u> Exhibit 39, # <u>10</u> Exhibit 40, # <u>11</u> Exhibit 41, # <u>12</u> Exhibit 42, # <u>13</u> Exhibit 43, # <u>14</u> Exhibit 44, # <u>15</u> |

| | | Exhibit 45)(Rao, Sonya) (Entered: 11/17/2021) |
|---|---|---|
| 11/17/2021 | 164 | EXHIBIT re 160 Response *Notice of Filing of Exhibits to Relator's Response to Defendants' Statement, and Statement of Additional Facts* by Michelle MacKillop. (Attachments: # 1 Exhibit 46, # 2 Exhibit 47, # 3 Exhibit 48, # 4 Exhibit 49, # 5 Exhibit 50, # 6 Exhibit 51, # 7 Exhibit 52, # 8 Exhibit 53, # 9 Exhibit 54, # 10 Exhibit 55, # 11 Exhibit 56, # 12 Exhibit 57, # 13 Exhibit 58, # 14 Exhibit 59, # 15 Exhibit 60, # 16 Exhibit 61, # 17 Exhibit 62, # 18 Exhibit 63, # 19 Exhibit 64, # 20 Exhibit 65)(Rao, Sonya) (Attachment 7 replaced on 11/19/2021) (Paine, Matthew). (Attachment 8 replaced on 11/19/2021) (Paine, Matthew). (Attachment 9 replaced on 11/19/2021) (Paine, Matthew). (Entered: 11/17/2021) |
| 11/17/2021 | 165 | EXHIBIT re 160 Response *Notice of Filing of Exhibits to Relator's Response to Defendants' Statement, and Statement of Additional Facts* by Michelle MacKillop. (Attachments: # 1 Exhibit 66, # 2 Exhibit 67, # 3 Exhibit 68, # 4 Exhibit 69, # 5 Exhibit 70, # 6 Exhibit 71, # 7 Exhibit 72, # 8 Exhibit 73, # 9 Exhibit 74, # 10 Exhibit 75, # 11 Exhibit 76, # 12 Exhibit 77, # 13 Exhibit 78, # 14 Exhibit 79, # 15 Exhibit 80, # 16 Exhibit 81, # 17 Exhibit 82, # 18 Exhibit 83, # 19 Exhibit 84, # 20 Exhibit 85)(Rao, Sonya) (Attachment 16 replaced on 11/19/2021) (Paine, Matthew). (Entered: 11/17/2021) |
| 11/17/2021 | 166 | EXHIBIT re 160 Response *Notice of Filing of Exhibits to Relator's Response to Defendants' Statement, and Statement of Additional Facts* by Michelle MacKillop. (Attachments: # 1 Exhibit 87, # 2 Exhibit 88, # 3 Exhibit 89, # 4 Exhibit 90, # 5 Exhibit 91, # 6 Exhibit 92, # 7 Exhibit 93, # 8 Exhibit 94, # 9 Exhibit 95, # 10 Exhibit 96, # 11 Exhibit 97, # 12 Exhibit 98, # 13 Exhibit 99, # 14 Exhibit 100, # 15 Exhibit 101)(Rao, Sonya) (Attachment 5 replaced on 11/19/2021) (Paine, Matthew). (Entered: 11/17/2021) |
| 11/17/2021 | 167 | EXHIBIT re 160 Response *Notice of Filing of Exhibits to Relator's Response to Defendants' Statement, and Statement of Additional Facts* by Michelle MacKillop. (Attachments: # 1 Exhibit 102, # 2 Exhibit 103, # 3 Exhibit 104, # 4 Exhibit 105, # 5 Exhibit 106, # 6 Exhibit 107, # 7 Exhibit 108, # 8 Exhibit 109, # 9 Exhibit 110, # 10 Exhibit 111, # 11 Exhibit 112, # 12 Exhibit 113, # 13 Exhibit 114, # 14 Exhibit 115, # 15 Exhibit 116, # 16 Exhibit 117, # 17 Exhibit 118, # 18 Exhibit 119)(Rao, Sonya) (Attachment 16 replaced on 11/19/2021) (Paine, Matthew). (Attachment 17 replaced on 11/19/2021) (Paine, Matthew). (Attachment 6 replaced on 11/19/2021) (Paine, Matthew). (Attachment 12 replaced on 11/19/2021) (Paine, Matthew). (Attachment 14 replaced on 11/19/2021) (Paine, Matthew). (Entered: 11/17/2021) |
| 11/17/2021 | 168 | Opposition re 152 MOTION for Summary Judgment filed by Michelle MacKillop. (Rao, Sonya) (Entered: 11/17/2021) |
| 11/18/2021 | 169 | ELECTRONIC NOTICE issued requesting a SINGLE–SIDED PAPER courtesy copy for 164 Exhibit,, 168 Opposition to Motion, 162 Exhibit, 160 Response, 167 Exhibit,, 165 Exhibit,, 161 Exhibit, 163 Exhibit, 166 Exhibit,. Counsel who filed this document are requested to submit a SINGLE–SIDED PAPER courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine – Docket Clerk – Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 11/18/2021) |
| 11/18/2021 | 170 | |

| | | NOTICE by Michelle MacKillop re 160 Response (Attachments: # 1 Exhibit 86)(Rao, Sonya) (Entered: 11/18/2021) |
|---|---|---|
| 11/29/2021 | 171 | RESPONSE to Motion re 152 MOTION for Summary Judgment *Statement of Interest* filed by United States of America. (Brazier, Alexandra) (Entered: 11/29/2021) |
| 12/01/2021 | 172 | REPLY to Response to 152 MOTION for Summary Judgment filed by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dickerson, Derin) (Entered: 12/01/2021) |
| 12/13/2021 | 173 | ELECTRONIC NOTICE Resetting Hearing on Motion 152 MOTION for Summary Judgment : Motion Hearing reset for 2/10/2022 at 2:00 PM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) (Entered: 12/13/2021) |
| 12/13/2021 | 174 | ELECTRONIC NOTICE OF RESCHEDULING. Final Pretrial Conference reset for 2/10/2022 at 3:00 PM in Courtroom 18 (In person only) before Judge William G. Young. **The final pretrial conference will take place at the conclusion of the motion session.** (Gaudet, Jennifer) (Entered: 12/13/2021) |
| 01/06/2022 | 175 | Assented to MOTION to Withdraw as Attorney *(Evan A. Johnson)* by Michelle MacKillop.(Johnson, Evan) (Entered: 01/06/2022) |
| 01/07/2022 | 176 | Judge William G. Young: ELECTRONIC ORDER entered granting 175 Motion to Withdraw as Attorney. Attorney Evan A. Johnson terminated (Paine, Matthew) (Entered: 01/07/2022) |
| 02/01/2022 | 177 | Notice of Supplemental Authorities re 152 MOTION for Summary Judgment (Attachments: # 1 Exhibit A)(Dickerson, Derin) (Entered: 02/01/2022) |
| 02/03/2022 | 178 | PRETRIAL MEMORANDUM by Michelle MacKillop. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D, # 5 Attachment E)(Rao, Sonya) (Entered: 02/03/2022) |
| 02/04/2022 | 179 | ELECTRONIC NOTICE issued requesting a SINGLE–SIDED PAPER courtesy copy for 178 Pretrial Memorandum. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine – Docket Clerk – Judge Young.  **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 02/04/2022) |
| 02/08/2022 | 180 | NOTICE of Appearance by Evan A. Johnson on behalf of Michelle MacKillop (Johnson, Evan) (Entered: 02/08/2022) |
| 02/08/2022 | 181 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 2/8/2022 re 152 MOTION for Summary Judgment filed by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University. The Court hears arguments of counsel and takes matter under advisement. Final Pretrial Conference held on 2/8/2022 (jury room). The Court inquires as to settlement. The parties shall report to the clerk regarding deferring entering decision on motion and whether the case should be referred to a magistrate judge for mediation. Any motions in limine to be filed within 30 days after entry of decision on pending motion for summary judgment. (Court Reporter: Richard Romanow at |

| | | |
|---|---|---|
| | | bulldog@richromanow.com.) (Gaudet, Jennifer) (Entered: 02/14/2022) |
| 02/17/2022 | 182 | Transcript of Summary Judgment and Final Pretrial held on February 10, 2022, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com. Redaction Request due 3/10/2022. Redacted Transcript Deadline set for 3/21/2022. Release of Transcript Restriction set for 5/18/2022. (Coppola, Katelyn) (Entered: 02/24/2022) |
| 02/17/2022 | 183 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/caseinfo/transcripts.htm (Coppola, Katelyn) (Entered: 02/24/2022) |
| 03/02/2022 | 184 | Judge William G. Young: ELECTRONIC ORDER entered; ORDER REFERRING CASE to Alternative Dispute Resolution to be held within 60 days if possible.(Gaudet, Jennifer) (Entered: 03/02/2022) |
| 03/04/2022 | 185 | Notice of assignment to ADR Provider. Judge Jennifer C. Boal appointed for mediation to be held within the next 60 days if possible. (Simeone, Maria) (Entered: 03/04/2022) |
| 03/07/2022 | 186 | ELECTRONIC NOTICE of Hearing. The Alternative Dispute Resolution Hearing is set for May 27, 2022 at 10:00 a.m. before Magistrate Judge Jennifer C. Boal. Counsel and principals are directed to be present and have full settlement authority. Each party must submit a brief (no more than 5 pages) mediation memorandum that includes a discussion of (1) the merits of the case (both strengths and weaknesses); (2) damages or other relief sought by the parties; (3) the status of discovery; and (4) the status of the parties' settlement discussions. The memoranda should be submitted BY E–MAIL to (steve_york@mad.uscourts.gov) no later than five (5) business days prior to the mediation and marked "Confidential – Not for Docketing." In the event that any party believes that the case is not ripe for mediation, or the date poses a serious conflict, counsel are to notify opposing counsel and call the deputy clerk at 617–748–9238 as soon as possible. Prior to the Mediation hearing, there will be a Preliminary Conference set for May 24, 2022 at 11:30 a.m. before Magistrate Judge Jennifer C. Boal. **The Mediation and Preliminary Conference will both be conducted by video, the clerk will provide the relative information for these conferences to all parties at the email registered in CM/ECF, prior to the upcoming hearings.** If you have technical or compatibility issues with video technology, please notify the session's courtroom deputy as soon as possible. It shall be understood (a) that all parties and counsel will participate in this court–sponsored mediation in good faith and with the interest of settling the matter on mutually acceptable terms, (b) that the entire mediation process, including all |

| | | |
|---|---|---|
| | | communications during any in-person, video or audio part thereof, is confidential, (c) that all statements made during the course of mediation are privileged settlement discussions, made without prejudice to any party's legal position, and inadmissible for any purpose in any legal proceeding, (d) that no party, participant, or representative shall seek in any proceeding to hereafter compel the mediator to testify and/or produce any document with respect to the mediation, and (e) that all parties, counsel and other participants agree that, by participating in this court-sponsored mediation, they are bound by these conditions and shall keep confidential all communications exchanged during the mediation process.<br><br>(York, Steve) (Entered: 03/07/2022) |
| 04/06/2022 | 187 | NOTICE of Appearance by Rea Kasemi on behalf of Michelle MacKillop (Kasemi, Rea) (Entered: 04/06/2022) |
| 04/15/2022 | 188 | MOTION to Exclude Expert Testimony of William L. Jennings by Michelle MacKillop.(Rao, Sonya) (Entered: 04/15/2022) |
| 04/15/2022 | 189 | MEMORANDUM in Support re 188 MOTION to Exclude Expert Testimony of William L. Jennings filed by Michelle MacKillop. (Attachments: # 1 Exhibit A: Expert Report of Dr. Bradford Rice, # 2 Exhibit B: Expert Report of William Jennings, # 3 Exhibit C: Excerpts of Jennings Deposition Transcript)(Rao, Sonya) (Entered: 04/15/2022) |
| 04/19/2022 | 190 | MOTION for Extension of Time to File Response/Reply by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University. (Attachments: # 1 Text of Proposed Order)(Dickerson, Derin) (Entered: 04/19/2022) |
| 04/22/2022 | 191 | Judge William G. Young: ELECTRONIC ORDER entered granting 190 Motion for Extension of Time to File Response 188 MOTION to Exclude (Paine, Matthew) (Entered: 04/22/2022) |
| 05/06/2022 | 192 | Assented to MOTION to Withdraw as Attorney *Kristi Ramsay* by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University.(Dickerson, Derin) (Entered: 05/06/2022) |
| 05/09/2022 | 193 | Judge William G. Young: ELECTRONIC ORDER entered granting 192 Motion to Withdraw as Attorney. Attorney Kristi Ramsay terminated (Paine, Matthew) (Entered: 05/09/2022) |
| 05/17/2022 | 194 | *Joint* Letter/request (non-motion) from Steven M. Gombos *regarding mediation*. (Gombos, Steven) (Entered: 05/17/2022) |
| 05/17/2022 | 195 | Magistrate Judge Jennifer C. Boal: ELECTRONIC ORDER entered. Granting 194 Joint request regarding mediation.<br><br>The preliminary conference and mediation hearing previously set for 5/24/22 & 5/27/22 are now canceled. Should the parties jointly desire to schedule another date for the mediation, they should file a joint request to that effect.<br><br>(York, Steve) (Entered: 05/17/2022) |
| 05/19/2022 | 196 | ADDENDUM re 152 MOTION for Summary Judgment *Supplemental Statement in Support of Defendants' Motion for Summary Judgment* filed by GC Education, Inc., |

| | | Grand Canyon Education, Inc., Grand Canyon University. (Attachments: # 1 Exhibit A (Transcript of Summary Judgment Hearing))(Dickerson, Derin) (Entered: 05/19/2022) |
|---|---|---|
| 05/20/2022 | 197 | Judge William G. Young: ORDER entered re 145 Motion to Compel Interrogatory Responses by Michelle MacKillop. (Gaudet, Jennifer) (Entered: 05/20/2022) |
| 05/25/2022 | 198 | Consent MOTION for Extension of Time to June 20, 2022 to Serve Supplemental Interrogatory Responses *Pursuant to Court's May 20, 2022 Order* by Grand Canyon Education, Inc., Grand Canyon University, Inc.. (Attachments: # 1 Text of Proposed Order)(Gombos, Steven) (Entered: 05/25/2022) |
| 05/26/2022 | 199 | Judge William G. Young: ELECTRONIC ORDER entered granting 198 Consent Motion for Extension of Time to June 20, 2022 to Serve Supplemental Interrogatory Responses Pursuant to Court's May 20, 2022 Order by Grand Canyon Education, Inc., Grand Canyon University, Inc **No other dates are extended.** (Gaudet, Jennifer) (Entered: 05/26/2022) |
| 05/26/2022 | 200 | Response by Michelle MacKillop to 196 Addendum to Motion/Memorandum, . (Rao, Sonya) (Entered: 05/26/2022) |
| 09/06/2022 | 201 | Judge William G. Young: ORDER entered. MEMORANDUM AND ORDER(Sonnenberg, Elizabeth) (Entered: 09/06/2022) |
| 09/28/2022 | 202 | Joint MOTION to Stay *Case Deadlines and Requesting Referral to Mediation* by Michelle MacKillop. (Attachments: # 1 Proposed Order)(Rao, Sonya) (Entered: 09/28/2022) |
| 10/03/2022 | 203 | Judge William G. Young: ORDER entered re 202 Joint Motion to Stay Case Deadlines and Requesting Referral to Mediation by Michelle MacKillop. (Gaudet, Jennifer) (Entered: 10/03/2022) |
| 10/03/2022 | 204 | Judge William G. Young: ELECTRONIC ORDER entered; ORDER REFERRING CASE to Alternative Dispute Resolution before Magistrate Judge Jennifer C. Boal. (Gaudet, Jennifer) (Entered: 10/03/2022) |
| 10/03/2022 | 205 | Judge William G. Young: ORDER for Closure entered. (Gaudet, Jennifer) (Entered: 10/03/2022) |
| 10/05/2022 | 206 | ELECTRONIC NOTICE of Hearing. **The Alternative Dispute Resolution Hearing is set for November 18, 2022 at 10:00 a.m. before Magistrate Judge Jennifer C. Boal.** Counsel and principals are directed to be present and have full settlement authority. Each party must submit a brief (no more than 5 pages) mediation memorandum that includes a discussion of (1) the merits of the case (both strengths and weaknesses); (2) damages or other relief sought by the parties; (3) the status of discovery; and (4) the status of the parties' settlement discussions. The memoranda should be submitted BY E–MAIL to (steve_york@mad.uscourts.gov) by close of business on **November 8, 2022**. The mediation memoranda should be marked "Confidential – Not for Docketing." In the event that any party believes that the case is not ripe for mediation, or the date poses a serious conflict, counsel are to notify opposing counsel and call the deputy clerk at 617–748–9238 as soon as possible. |

|  |  |  |
|---|---|---|
|  |  | **Prior to the Mediation hearing, there will be a Preliminary Conference set for November 15, 2022 at 1:30 p.m. by remote proceedings before Magistrate Judge Jennifer C. Boal..**<br><br>The Mediation and Preliminary Conference will both be conducted by video, the clerk will provide the relative information for these conferences to all parties at the email registered in CM/ECF, prior to the upcoming hearings. If you have technical or compatibility issues with video technology, please notify the session's courtroom deputy as soon as possible.<br><br>It shall be understood (a) that all parties and counsel will participate in this court–sponsored mediation in good faith and with the interest of settling the matter on mutually acceptable terms, (b) that the entire mediation process, including all communications during any in–person, video or audio part thereof, is confidential, (c) that all statements made during the course of mediation are privileged settlement discussions, made without prejudice to any party's legal position, and inadmissible for any purpose in any legal proceeding, (d) that no party, participant, or representative shall seek in any proceeding to hereafter compel the mediator to testify and/or produce any document with respect to the mediation, and (e) that all parties, counsel and other participants agree that, by participating in this court–sponsored mediation, they are bound by these conditions and shall keep confidential all communications exchanged during the mediation process.<br><br>(York, Steve) (Entered: 10/05/2022) |
| 10/12/2022 | 207 | MOTION for Extension of Time to 12/05/2022 to mediate by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University, Grand Canyon University, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Dickerson, Derin) (Entered: 10/12/2022) |
| 10/13/2022 | 208 | Magistrate Judge Jennifer C. Boal: ELECTRONIC ORDER entered granting 207 Motion for Extension of Time.<br><br>**The Alternative Dispute Resolution Hearing is rescheduled to December 8, 2022 at 10:00 a.m. before Magistrate Judge Jennifer C. Boal.**<br><br>Counsel and principals are directed to be present and have full settlement authority. Each party must submit a brief (no more than 5 pages) mediation memorandum that includes a discussion of (1) the merits of the case (both strengths and weaknesses); (2) damages or other relief sought by the parties; (3) the status of discovery; and (4) the status of the parties' settlement discussions. The memoranda should be submitted BY E–MAIL to (steve_york@mad.uscourts.gov) by close of business on **November 29, 2022**. The mediation memorandum should be marked "Confidential – Not for Docketing." In the event that any party believes that the case is not ripe for mediation, or the date poses a serious conflict, counsel are to notify opposing counsel and call the deputy clerk at 617–748–9238 as soon as possible.<br><br>**Prior to the Mediation hearing, there will be a Preliminary Conference set for December 5, 2022 at 11:30 a.m. by remote proceedings before Magistrate Judge Jennifer C. Boal.** |

| | | The Mediation and Preliminary Conference will both be conducted by video, the clerk will provide the relative information for these conferences to all parties at the email registered in CM/ECF, prior to the upcoming hearings. If you have technical or compatibility issues with video technology, please notify the session's courtroom deputy as soon as possible.<br><br>It shall be understood (a) that all parties and counsel will participate in this court–sponsored mediation in good faith and with the interest of settling the matter on mutually acceptable terms, (b) that the entire mediation process, including all communications during any in–person, video or audio part thereof, is confidential, (c) that all statements made during the course of mediation are privileged settlement discussions, made without prejudice to any party's legal position, and inadmissible for any purpose in any legal proceeding, (d) that no party, participant, or representative shall seek in any proceeding to hereafter compel the mediator to testify and/or produce any document with respect to the mediation, and (e) that all parties, counsel and other participants agree that, by participating in this court–sponsored mediation, they are bound by these conditions and shall keep confidential all communications exchanged during the mediation process.<br><br>(York, Steve) (Entered: 10/13/2022) |
|---|---|---|
| 12/05/2022 | 209 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal: Preliminary Conference held on 12/5/2022.<br><br>The Court reviewed preliminary matters with the parties prior to the upcoming mediation. The Court sets a continued hearing.<br><br>The Continued Preliminary Conference is set for December 7, 2022 at 12:00 p.m. by remote proceeding before Magistrate Judge Jennifer C. Boal.<br><br>(Court Reporter:  **SEALED** Digital Recording) To order a copy of this Digital Recording,  **The parties should first seek leave of the Court.** If approved, please then go to https://forms.mad.uscourts.gov/Audio.html. For a transcript of this proceeding, contact the Clerk's office by email at mad_transcripts@mad.uscourts.gov.(Attorneys. (Attorneys present: LaMacchia, Rao, O'Hara, Vezina & Newman for the plaintiff. Dickerson, Shorter, Popp, Gombos & Chakravarty.) (York, Steve) (Entered: 12/05/2022) |
| 12/07/2022 | 210 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal: Preliminary Conference held on 12/7/2022.<br><br>The Court reviewed preliminary matters with the parties prior to the upcoming mediation. The parties represented to the Court that they do not believe a mediation would be fruitful at this time. The parties further requested a continuation of the scheduled hearing in order to allow them additional time to preliminarily work together in narrowing the matter prior to any further mediation hearing. The Court granted the request. The Court intends to reschedule the mediation for February 16, 2023. Counsel will confer with their clients and inform the clerk of their availability for a hearing on February 16. |

| | | (Court Reporter: Digital Recording.) To order a copy of this Digital Recording, please go to https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Clerk's office by email at mad_transcripts@mad.uscourts.gov. (Attorneys present: Brazier, Rao, O'Hara, Vezina & Newman for the plaintiff. Dickerson, Popp, Gombos & Chakravarty.) (York, Steve) (Entered: 12/07/2022) |
|---|---|---|
| 12/19/2022 | 211 | ELECTRONIC NOTICE of Hearing.<br><br>**The Alternative Dispute Resolution Hearing is set for February 16, 2023 at 10:00 a.m. by remote proceedings before Magistrate Judge Jennifer C. Boal.**<br><br>**In the event this date poses a serious conflict, or any party believes that the case is not ripe for mediation, please do NOT contact the Courtroom Deputy directly regarding mediation scheduling; instead, the parties are to confer and file on CM/ECF a motion to cancel the mediation or to continue the mediation, as appropriate. In the case of motions to continue the mediation, the parties should include therein several proposed dates for which all counsel and principals are available.**<br><br>Counsel and principals are directed to be present and have full settlement authority. Each party must submit a supplemental mediation memo by **February 9, 2023**. The memoranda should be BY E–MAIL to (**steve_york@mad.uscourts.gov**). The memorandum must be marked "Confidential – Not for Docketing."<br><br>**Prior to the Mediation hearing, there will be a Preliminary Conference set for February 13, 2023 at 11:30 a.m. by remote proceedings before Magistrate Judge Jennifer C. Boal.**<br><br>The Preliminary Conference and Mediation Hearing will be conducted by video, the clerk will provide the relative information for both hearings, to all parties at the email registered in CM/ECF, prior to the upcoming hearing.<br><br>If you have technical or compatibility issues with video technology, please notify the session's courtroom deputy as soon as possible.<br><br>It shall be understood (a) that all parties and counsel will participate in this court–sponsored mediation in good faith and with the interest of settling the matter on mutually acceptable terms, (b) that the entire mediation process, including all communications during any in–person, video or audio part thereof, is confidential, (c) that all statements made during the course of mediation are privileged settlement discussions, made without prejudice to any party's legal position, and inadmissible for any purpose in any legal proceeding, (d) that no party, participant, or representative shall seek in any proceeding to hereafter compel the mediator to testify and/or produce any document with respect to the mediation, and (e) that all parties, counsel and other participants agree that, by participating in this court–sponsored mediation, they are bound by these conditions and shall keep confidential all communications exchanged during the mediation process.<br><br>(York, Steve) (Entered: 12/19/2022) |

| 02/09/2023 | 212 | Joint MOTION Cancellation of ADR Mediation re 211 Notice of Hearing,,,,,,,,,, by Grand Canyon University, Inc.. (Attachments: # 1 Text of Proposed Order)(Gombos, Steven) (Entered: 02/09/2023) |
|---|---|---|
| 02/10/2023 | 213 | Magistrate Judge Jennifer C. Boal: ELECTRONIC ORDER entered granting 212 Joint Motion Cancellation of ADR Mediation re 211 Notice of Hearing. (York, Steve) (Entered: 02/10/2023) |
| 02/10/2023 | 214 | ELECTRONIC NOTICE Canceling Hearing. The Preliminary Conference set for February 13, 2023 at 11:30 a.m. and the Alternative Dispute Resolution Hearing set for February 16, 2023 at 10:00 a.m. before Magistrate Judge Jennifer C. Boal is now canceled. (York, Steve) (Entered: 02/10/2023) |
| 02/13/2023 | 215 | MOTION to Reopen Case and Effectuate Transfer by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University, Grand Canyon University, Inc..(Dickerson, Derin) (Entered: 02/13/2023) |
| 02/13/2023 | 216 | MEMORANDUM in Support re 215 MOTION to Reopen Case and Effectuate Transfer, by GC Education, Inc., Grand Canyon Education, Inc., Grand Canyon University, Grand Canyon University, Inc..(Dickerson, Derin) **Modified on 2/14/2023 to Correct Docket Text and CM/ECF NextGen Filing Event as Counsel Dickerson Filed the Memorandum of Law in Support as Motion Under the Wrong Event in CM/ECF NextGen. (Paine, Matthew).** (Entered: 02/13/2023) |
| 02/27/2023 | 217 | Opposition re 216 MOTION to Reopen Case and Effectuate Transfer , 215 MOTION to Reopen Case and Effectuate Transfer filed by Michelle MacKillop. (Lischak, Jonathan) (Entered: 02/27/2023) |
| 03/01/2023 | 218 | Judge William G. Young: ELECTRONIC ORDER entered re 215 MOTION to Reopen Case and Effectuate Transfer. (Paine, Matthew) **The defendants motion to reopen the case is ALLOWED. The Court will decide the pending motion to strike the proffered expert witness. The defendant shall have 14 days from the date of this order to respond to this motion. Once this motion is determined, the case will be transferred to the United States District Court for the District of Arizona pursuant to 28 U.S.C. 1404 (a) as earlier ordered.** **The Court will entertain no further motion practice since motions in limine are pegged to the trial date which necessarily must be set in Arizona.** **This Court is confident that its counterpart in Arizona will apply routine law of the case doctrines to the rulings already made in this case.** (Entered: 03/01/2023) |
| 03/01/2023 | 219 | Case Reopened Motion Granted [Dkt. 218]. (Deslauriers, Timothy) (Entered: 03/01/2023) |
| 03/15/2023 | 220 | |

| | | Opposition re 188 MOTION to Exclude Expert Testimony of William L. Jennings filed by Grand Canyon Education, Inc., Grand Canyon University, Grand Canyon University, Inc.. (Dickerson, Derin) (Entered: 03/15/2023) |
|---|---|---|
| 03/16/2023 | 221 | ELECTRONIC NOTICE issued requesting a paper courtesy copy for 188 MOTION to Exclude Expert Testimony of William L. Jennings , 189 Memorandum in Support of Motion, 220 Opposition to Motion. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by Attention Matthew Paine – Docket Clerk – Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 03/16/2023) |
| 03/16/2023 | 222 | Judge William G. Young: ORDER entered denying 188 Motion to Exclude Expert Testimony of William L. Jennings. (Gaudet, Jennifer) (Entered: 03/16/2023) |
| 03/16/2023 | 223 | Judge William G. Young: ORDER OF TRANSFER entered. (Gaudet, Jennifer) (Entered: 03/16/2023) |
| 03/16/2023 | 224 | Case transferred to to District of Arizona. Case File Electronically Transferred to the Clerk in that District on March 16, 2023. (Paine, Matthew) (Entered: 03/16/2023) |