1  Christopher R. O'Hara, MA BBO #548611 (*pro hac vice*)
   Evan Johnson, MA BBO #699582 (*pro hac vice*)
2  Todd & Weld LLP
   One Federal Street, 27th Fl.
3  Boston, MA 02110
   (617) 720-2626
4  cohara@toddweld.com
   ejohnson@toddweld.com
5
   Sonya A. Rao, MA BBO #647170 (*pro hac vice*)
6  Chandra Napora, Ohio Bar #0092886 (*pro hac vice*)
   Jonathan M. Lischak, Ohio Bar #0097669 (*pro hac vice*)
7  Morgan Verkamp LLC
   4 Carver Wood Drive, Ste. 200
8  Cincinnati, Ohio 45242
   (513) 651-4400
9  sonya.rao@morganverkamp.com
   chandra.napora@morganverkamp.com
10 jonathan.lischak@morganverkamp.com

11 Jeffrey A. Newman, MA BBO #370450 (*pro hac vice*)
   Jeff Newman Law
12 75 State Street, Ste. 100
   (617) 676-0144
13 Jeffrey.newman1@gmail.com

14 J. Marc Vezina, MI #P76232, GA #465449,
   TX #24000141, LA #24683_(*pro hac vice*)
15 Vezina Law Group
   18 S. Broadway Street, Ste. 200
16 Lake Orion, MI 48362
   (248) 558-2701
17 jmv@vezinalaw.com

18 *Attorneys for Plaintiff-Relator*

19 Derin B. Dickerson, GA Bar #220620 (*pro hac vice*)
   Jason D. Popp, GA Bar #213057 (*pro hac vice*)
20 Alston & Bird LLP
   1201 West Peachtree Street
21 Atlanta, GA 30309-3424
   (404) 881-7000
22 derin.dickerson@alston.com
   jason.popp@alston.com
23
   *Attorneys for Defendants Grand Canyon
24 Education, Inc., and GC Education, Inc.*

25 Steven M. Gombos, VA Bar 30788 (*pro hac vice*)
   David A. Obuchowicz, VA Bar 82483(*pro hac vice*)
26 Jacob C. Shorter, VA Bar 82638 (*pro hac vice*)
   Gombos Leyton PC
27 11350 Random Hills Road, Ste. 400
   Fairfax, VA 22030
28 (703) 934-2660
   sgombos@glpclaw.com

MORGAN VERKAMP, LLC

1

dobuchowicz@glpclaw.com
jshorter@glpclaw.com

*Attorneys for Defendant Grand Canyon University*

Aloke Chakravarty MA BBO# 637288 (*pro hac vice*)
Snell & Wilmer
1200 Seventeenth Street, Ste. 1900
Denver, CO 80202-5854
(303) 634-2121
achakravarty@swlaw.com

*Attorney for Defendant Grand Canyon University.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ex rel. Michelle Mackillop, <br><br> Plaintiff-Relator, <br><br> v. <br><br> Grand Canyon Education, Inc.; GC Education Inc. f/k/a/ Grand Canyon University, Inc.; and Grand Canyon University f/k/a Gazelle University, <br><br> Defendants. | No. 2:23-cv-00467-DWL <br><br> **JOINT NOTICE CONCERNING PROPOSED TRIAL DATES** |

Pursuant to this Court's Order of May 4, 2023 (ECF 230), relator Michelle Mackillop ("Relator") and defendants Grand Canyon Education, Inc., GC Education Inc. f/k/a Grand Canyon University, Inc., and Grand Canyon University f/k/a/ Gazelle University (collectively, the "Defendants") file this Joint Notice setting forth three two-week periods of time concerning availability of trial in early 2024:

Option 1:  4/30/24-5/03/24 and 5/07/24-5/10/24

Option 2:  5/07/24-5/10/24 and 5/13/24-5/17/24

Option 3:  5/28/24-5/31/24 and 6/04/24-6/07/24

MORGAN VERKAMP, LLC

As the Court directed during the status conference on May 3, 2023, Relator and Defendants have prioritized the aforementioned options, with Option 1 being the parties' most-preferred timeframe and Option 3 being the least-preferred timeframe.

Respectfully submitted,

*/s/ Sonya A. Rao*
Sonya A. Rao, MA BBO #647170 (*pro hac vice*)
Chandra Napora, OH Bar #0092886 (*pro hac vice*)
Jonathan M. Lischak, OH Bar #0097669 (*pro hac vice*)
Morgan Verkamp LLC
4 Carver Wood Drive, Ste. 200
Cincinnati, Ohio 45242
(513) 651-4400
sonya.rao@morganverkamp.com
chandra.napora@morganverkamp.com
jonathan.lischak@morganverkamp.com

Christopher R. O'Hara, MA BBO #548611 (*pro hac vice*)
Evan Johnson, MA BBO #699582 (*pro hac vice*)
Todd & Weld LLP
One Federal Street, 27th Fl.
Boston, MA 02110
(617)720-2626
cohara@toddweld.com
ejohnson@toddweld.com

Jeffrey A. Newman, MA BBO #370450 (*pro hac vice*)
Jeff Newman Law
75 State Street, Ste. 100
(617) 676-0144
Jeffrey.newman1@gmail.com

J. Marc Vezina, MI #P76232, GA #465449, TX #24000141, LA #24683_(*pro hac vice*)
Vezina Law Group
18 S. Broadway Street, Ste. 200
Lake Orion, MI 48362
(248) 558-2701
jmv@vezinalaw.com

*Attorneys for Plaintiff-Relator*

*/s/ Derin B. Dickerson*
Derin B. Dickerson, GA Bar #220620 (*pro hac vice*)
Jason D. Popp, GA Bar #213057 (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

derin.dickerson@alston.com
jason.popp@alston.com

*Attorneys for Defendants Grand Canyon Education, Inc., and GC Education, Inc.*

<u>/s/ Steven M. Gombos</u>
Steven M. Gombos, VA Bar 30788 (*pro hac vice*)
David A. Obuchowicz, VA Bar 82483 (*pro hac vice*)
Jacob C. Shorter, VA Bar 82638 (*pro hac vice*)
Gombos Leyton PC
11350 Random Hills Road, Ste. 400
Fairfax, VA 22030
(703) 934-2660
sgombos@glpclaw.com
dobuchowicz@glpclaw.com
jshorter@glpclaw.com

*Attorneys for Defendant Grand Canyon University*

Aloke Chakravarty, MA BBO# 637288 (*pro hac vice*)
Snell & Wilmer
1200 Seventeenth Street, Ste. 1900
Denver, CO 80202-5854
(303) 634-2121
achakravarty@swlaw.com

*Attorney for Defendant Grand Canyon University*

## CERTIFICATE OF SERVICE

I, Sonya A. Rao, hereby certify that on this day May 10, 2023, I filed the foregoing document using the Court's CM/ECF system, resulting in service on all counsel of record in this matter.

<u>/s/ Sonya A. Rao</u>
Sonya A. Rao