MORGAN VERKAMP LLC
Chandra Napora, OH Bar #0092886 (*pro hac vice*)
Jonathan M. Lischak, OH Bar #0097669 (*pro hac vice*)
4410 Carver Woods Dr., Ste. 200
Cincinnati, OH 45242 Telephone: (513) 651-4400
chandra.napora@morganverkamp.com
jonathan.lischak@morganverkamp.com

TODD & WELD LLP
Christopher R. O'Hara, MA BBO #548611 (*pro hac vice*)
Evan A. Johnson, MA BBO # 699582 (*pro hac vice*)
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
cohara@toddweld.com
ejohnson@toddweld.com

JEFF NEWMAN LAW
Jeffrey A. Newman, MA BBO # 370450 (*pro hac vice*)
One Story Terrace
Marblehead, MA 01945
(617)823-3217
Jeffrey.newman1@gmail.com

VEZINA LAW GROUP
J. Marc Vezina, Esq., MI Bar #P76232 (*pro hac vice*)
Kelli M. Khalaf, LA Bar #23213 (*pro hac vice*)
18 So. Broadway Street, Suite 200
Lake Orion, MI 48362
(248) 558-2701
jmv@vezinalaw.com
kkhalaf@vezinalaw.com

*Attorneys for Plaintiff-Relator*


ALSTON & BIRD LLP
Derin B. Dickerson, GA Bar #220620 (*pro hac vice*)
Jason D. Popp, GA Bar #213057 (*pro hac vice*)
Gavin Reinke, GA Bar #159424 (*pro hac vice*)
Caroline R. Strumph, GA Bar #250168 (*pro hac vice*)
Stephen Simrill, GA Bar #958166 (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

derin.dickerson@alston.com
jason.popp@alston.com
gavin.reinke@alston.com
caroline.strumph@alston.com
stephen.simrill@alston.com
*Attorneys for Defendants Grand Canyon Education, Inc. and GC Education Inc.*

SAUL EWING LLP
Aloke Chakravarty, MA Bar #637288 (*pro hac vice*)
131 Dartmouth Street
Suite 501
Boston, MA 02116
Telephone: (617) 912-0949
aloke.chakravarty@saul.com

Steven M. Gombos, VA Bar 30788 (*pro hac vice*)
David A. Obuchowicz, VA Bar 82483 (*pro hac vice*)
Jacob C. Shorter, VA Bar 82638 (*pro hac vice*)
GOMBOS LEYTON PC
11350 Random Hills Road
Suite 400
Fairfax, VA 22030
Telephone: 703-934-2660
sgombos@glpclaw.com
dobuchowicz@glpclaw.com
jshorter@glpclaw.com

*Attorneys for Defendant Grand Canyon University*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, ex. rel. Michelle MacKillop,<br><br>    Plaintiff-Relator,<br><br>V.<br><br>Grand Canyon Education, Inc, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00467-DWL<br><br>**JOINT NOTICE REGARDING TRIAL DATES AND PRETRIAL MATTERS** |

On November 13, 2024, the Court set December 4, 2024 as the deadline by which Defendant Grand Canyon University was to advise the Court if it had finalized its side discussion with the Department of Education as relates to the settlement agreement. (Doc. 284) Further, the Court ordered that, should it not be advised by that deadline that a final settlement was reached, the parties should file a joint notice by December 6, 2024, setting forth three dates on which each side is available to try this case in 2025, the projected length of trial, and any other pretrial deadlines that need to be reset. (*Id.*)

No final settlement having been reached, the parties submit this joint notice.

On March 27, 2024, the Court had preliminarily allocated 17 hours of trial-time per side, for a trial scheduled to last eight days. (Docs. 232, 250) The parties believe that trial of this matter may take ten days and seek such a schedule.

The parties conferred regarding trial dates.

<u>Relator's availability for trial</u>. Relator is available to try this case starting on the following dates in 2025: April 21; May 12; and June 3. If the Court's schedule requires a July date, Relator is available for a July 7 start date.

<u>Defendants' availability for trial</u>. Defendants are available to try this case starting on the following dates in 2025: September 15; and any dates in October or November.

The parties believe that the only pretrial deadlines that need to be reset are briefing deadlines for filing new or renewed motions in limine and responses thereto and the final pretrial conference, as all other pretrial deadlines flow from the final pretrial conference date. The parties thus defer to the Court and its standing orders for those dates, as they will depend on what date the Court selects for trial.

Respectfully submitted this 6th day of December 2024,

/s/ *Chandra Napora*
MORGAN VERKAMP LLC
Chandra Napora, Ohio Bar #0092886 (*pro hac* vice)
Jonathan M. Lischak, Ohio Bar #0097669 (*pro hac vice*)
4410 Carver Woods Dr., Ste. 200
Cincinnati, OH 45242
(513) 651-4400
chandra.napora@morganverkamp.com
jonathan.lischak@morganverkamp.com

TODD & WELD LLP
Christopher R. O'Hara, MA BBO #548611 (*pro hac vice*)
Evan A. Johnson, MA BBO # 699582 (*pro hac* vice)
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
cohara@toddweld.com
ejohnson@toddweld.com

JEFF NEWMAN LAW

Jeffrey A. Newman, MA BBO # 370450 (*pro hac vice*)
One Story Terrace
Marblehead, MA 01945
(617)823-3217
Jeffrey.newman1@gmail.com

VEZINA LAW GROUP
J. Marc Vezina, Esq., MI Bar #P76232 (*pro hac vice*)
Kelli M. Khalaf, LA Bar #23213 (*pro hac vice*)
18 So. Broadway Street, Suite 200
Lake Orion, MI 48362
(248) 558-2701
jmv@vezinalaw.com
kkhalaf@vezinalaw.com

*Attorneys for Plaintiff-Relator Michelle Mackillop*

/s/ *Derin B. Dickerson*
ALSTON & BIRD LLP
Derin B. Dickerson, GA Bar #220620 (*pro hac vice*)
Jason D. Popp, GA Bar #213057 (*pro hac vice*)
Gavin Reinke, GA Bar #159424 (*pro hac vice*)
Caroline R. Strumph, GA Bar #250168 (*pro hac vice*)
Stephen Simrill, GA Bar #958166 (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
derin.dickerson@alston.com
jason.popp@alston.com
gavin.reinke@alston.com
caroline.strumph@alston.com
stephen.simrill@alston.com

*Attorneys for Defendants Grand Canyon Education, Inc. and GC Education Inc.*

/s/ *Steven M. Gombos*
SAUL EWING LLP
Aloke Chakravarty, MA Bar #637288 (*pro hac vice*)
131 Dartmouth Street
Suite 501
Boston, MA 02116
Telephone: (617) 912-0949
aloke.chakravarty@saul.com

Steven M. Gombos, VA Bar 30788 (*pro hac vice*)
David A. Obuchowicz, VA Bar 82483 (*pro hac vice*)
Jacob C. Shorter, VA Bar 82638 (*pro hac vice*)
GOMBOS LEYTON PC
11350 Random Hills Road
Suite 400
Fairfax, VA 22030
Telephone: 703-934-2660
sgombos@glpclaw.com
dobuchowicz@glpclaw.com
jshorter@glpclaw.com

*Attorneys for Defendant Grand Canyon University*