MORGAN VERKAMP LLC
Chandra Napora, Ohio Bar #0092886 (*pro hac vice*)
Jonathan M. Lischak, Ohio Bar #0097669 (*pro hac vice*)
4410 Carver Woods Dr., Ste. 200
Cincinnati, OH 45242 Telephone: (513) 651-4400
chandra.napora@morganverkamp.com
jonathan.lischak@morganverkamp.com

TODD & WELD LLP
Christopher R. O'Hara, MA BBO #548611 (*pro hac vice*)
Evan A. Johnson, MA BBO # 699582 (*pro hac vice*)
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
cohara@toddweld.com
ejohnson@toddweld.com

JEFF NEWMAN LAW
Jeffrey A. Newman, MA BBO # 370450 (*pro hac vice*)
One Story Terrace
Marblehead, MA 01945
(617) 823-3217
Jeffrey.newman1@gmail.com

VEZINA LAW GROUP
J. Marc Vezina, Esq., MI Bar #P76232 (*pro hac vice*)
Kelli M. Khalaf, LA Bar #23213 (*pro hac vice*)
18 So. Broadway Street, Suite 200
Lake Orion, MI 48362
(248) 558-2701
jmv@vezinalaw.com
kkhalaf@vezinalaw.com

*Attorneys for Plaintiff-Relator*

ALSTON & BIRD LLP
Derin B. Dickerson, GA Bar #220620 (*pro hac vice*)
Jason D. Popp, GA Bar #213057 (*pro hac vice*)
Gavin Reinke, GA Bar #159424 (*pro hac vice*)
Caroline R. Strumph, GA Bar #250168 (*pro hac vice*)
Stephen Simrill, GA Bar #958166 (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
derin.dickerson@alston.com

jason.popp@alston.com
gavin.reinke@alston.com
caroline.strumph@alston.com
stephen.simrill@alston.com

*Attorneys for Defendants Grand Canyon Education, Inc. and GC Education Inc.*

SAUL EWING LLP
Aloke Chakravarty, MA Bar #637288 (*pro hac vice*)
131 Dartmouth Street
Suite 501
Boston, MA 02116
Telephone: (617) 912-0949
aloke.chakravarty@saul.com

Steven M. Gombos, VA Bar 30788 (*pro hac vice*)
David A. Obuchowicz, VA Bar 82483 (*pro hac vice*)
Jacob C. Shorter, VA Bar 82638 (*pro hac vice*)
GOMBOS LEYTON PC
11350 Random Hills Road
Suite 400
Fairfax, VA 22030
Telephone: 703-934-2660
sgombos@glpclaw.com
dobuchowicz@glpclaw.com
jshorter@glpclaw.com

*Attorneys for Defendant Grand Canyon University*

ALLISON C. CARROLL
Trial Attorney
U.S Department of Justice, Civil Division,
Commercial Litigation Branch, Fraud Section
175 N Street, N.E.
Washington, DC 20002
Phone: (202) 353-1006
Allison.C.Carroll@usdoj.gov

BRIAN M. LAMACCHIA
Assistant United States Attorney
United States Attorney's Office, District of Massachusetts
John J. Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way

Boston, MA 02210
Phone: (617) 748-3100
brian.lamacchia@usdoj.gov

LON R. LEAVITT
Assistant United States Attorney
United States Attorney's Office, District of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Phone: (602) 514-7500
Lon.Leavitt@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ex. rel. Michelle MacKillop, <br><br> Plaintiff-Relator, <br><br> v. <br><br> Grand Canyon Education, Inc.; GC Education, Inc. f/k/a Grand Canyon University, Inc.; and Grand Canyon University f/k/a Gazelle University, <br><br> Defendants. | Case No. 2:23-cv-00467-DWL <br><br> **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the terms and conditions of their November 24, 2025 settlement agreement, Relator Michelle Mackillop and Defendants Grand Canyon University and Grand Canyon Education, Inc. (the "parties"), by and through their respective counsel, hereby agree and stipulate to the entry of an order dismissing this matter with prejudice to Relator and without prejudice to the United States. For the reasons set forth in the Joint Statement in Response to Doc. 313 (Doc. 316) and further discussed at the November 19, 2025 status conference, the United States consents to this dismissal.

The parties therefore respectfully request that the Court enter an order of dismissal, with prejudice to Relator and without prejudice to the United States.

Respectfully submitted this 22nd day of December 2025.

/s/ *Chandra Napora*
MORGAN VERKAMP LLC
Chandra Napora, Ohio Bar #0092886 (*pro hac vice*)
Jonathan M. Lischak, Ohio Bar #0097669 (*pro hac vice*)
4410 Carver Woods Dr., Ste. 200
Cincinnati, OH 45242 Telephone: (513) 651-4400
chandra.napora@morganverkamp.com
jonathan.lischak@morganverkamp.com

4

TODD & WELD LLP
Christopher R. O'Hara, MA BBO #548611 (*pro hac vice*)
Evan A. Johnson, MA BBO # 699582 (*pro hac vice*)
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
cohara@toddweld.com
ejohnson@toddweld.com

JEFF NEWMAN LAW
Jeffrey A. Newman, MA BBO # 370450 (*pro hac vice*)
One Story Terrace
Marblehead, MA 01945
(617) 823-3217
Jeffrey.newman1@gmail.com

VEZINA LAW GROUP
J. Marc Vezina, Esq., MI Bar #P76232 (*pro hac vice*)
Kelli M. Khalaf, LA Bar #23213 (*pro hac vice*)
18 So. Broadway Street, Suite 200
Lake Orion, MI 48362
(248) 558-2701
jmv@vezinalaw.com
kkhalaf@vezinalaw.com

*Attorneys for Plaintiff-Relator Michelle Mackillop*

/s/ *Derin B. Dickerson*

ALSTON & BIRD LLP
Derin B. Dickerson, GA Bar #220620 (*pro hac vice*)
Jason D. Popp, GA Bar #213057 (*pro hac vice*)
Gavin Reinke, GA Bar #159424 (*pro hac vice*)
Caroline R. Strumph, GA Bar #250168 (*pro hac vice*)
Stephen Simrill, GA Bar #958166 (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
derin.dickerson@alston.com
jason.popp@alston.com
gavin.reinke@alston.com
caroline.strumph@alston.com
stephen.simrill@alston.com

*Attorneys for Defendants Grand Canyon Education, Inc. and GC Education Inc.*

/s/ *Steven M. Gombos*

SAUL EWING LLP
Aloke Chakravarty, MA Bar #637288 (*pro hac vice*)
131 Dartmouth Street
Suite 501
Boston, MA 02116
Telephone: (617) 912-0949
aloke.chakravarty@saul.com

Steven M. Gombos, VA Bar 30788 (*pro hac vice*)
David A. Obuchowicz, VA Bar 82483 (*pro hac vice*)
Jacob C. Shorter, VA Bar 82638 (*pro hac vice*)
GOMBOS LEYTON PC
11350 Random Hills Road
Suite 400
Fairfax, VA 22030
Telephone: 703-934-2660
sgombos@glpclaw.com
dobuchowicz@glpclaw.com
jshorter@glpclaw.com

*Attorneys for Defendant Grand Canyon University*

/s/ *Lon R. Leavitt*

ALLISON C. CARROLL
Trial Attorney
U.S Department of Justice, Civil Division,
Commercial Litigation Branch, Fraud Section
175 N Street, N.E.
Washington, DC 20002
Phone: (202) 353-1006
Allison.C.Carroll@usdoj.gov

BRIAN M. LAMACCHIA
Assistant United States Attorney
United States Attorney's Office, District of Massachusetts
John J. Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Phone: (617) 748-3100
brian.lamacchia@usdoj.gov

LON R. LEAVITT
Assistant United States Attorney
United States Attorney's Office, District of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Phone: (602) 514-7500
Lon.Leavitt@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, Chandra Napora, hereby certify that on this 22nd day of December 2025, I filed the foregoing document using the Court's CM/ECF system, resulting in service on all counsel of record in this matter.

/s/ *Chandra Napora*
Chandra Napora